UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-cv-22866 MORENO/HUNT

XTEC, Incorporated, a Florida corporation,

        Plaintiff,

v.

CARDSMART TECHNOLOGIES, Incorporated, a New Jersey Corporation and DAVID FISHER, an Individual,

        Defendants.
_____/

## NOTICE OF CIRCUMSTANCES REGARDING JOHN JORGENSEN

Defendants CARDSMART TECHNOLOGIES, INC. and DAVID FISHER (collectively, the "Defendants"), by and through their undersigned counsel, hereby submit this notice of circumstances with respect to the appearance of John Jorgensen of the Sylint Group, Inc., Defendants' experts, in connection with the motions *in limine* that are scheduled to be heard before the Court on November 25, 2014.

    I.    *John Jorgensen*

John Jorgensen ("Jorgensen") *of* the Sylint Group, Inc. is one of Defendants' expert witnesses in the above-captioned matter. On November 7, 2014, Plaintiff filed motions *in limine* [D.E. 407 and 409] to challenge the qualifications of Jorgensen to read code and some of the opinions that are offered in Sylint's Preliminary and Supplemental Report. In anticipation of the *Daubert* hearing that is presently scheduled for November 25, 2014, Defendants arranged for Jorgensen to be present in Court. In advance of the hearing, Mr. Jorgensen confirmed the date of the hearing, confirmed that he was available, and that he would be present before the Court on November 25, 2014 for the hearing.

    II.    *Changed Circumstances*

On November 24, 2014, at approximately 10:15 a.m., the undersigned received a

telephone call from Don Waldhalm, who is Defendants' other expert witness, who advised that Jorgensen was in the hospital. Defendants' counsel was driving and was unable to confirm the facts and circumstances regarding Jorgensen's condition.

Defendants' counsel called Jorgensen's office around 11:00 a.m. and was advised that they were not sure about his specific condition. Defendants' counsel was advised that they were waiting to hear more information and that he should speak with Jorgensen's son. The undersigned left a message for Mr. Jorgensen's son to determine Jorgensen's condition. After leaving the message, Defendants' counsel emailed Sandy Jorgensen at her office email address to determine if there was a telephone number to call.

Around 12:30 p.m., after not receiving a telephone call from Jorgensen's son, the undersigned called Mrs. Jorgensen at the number that she had provided around 12:00 p.m. Mrs. Jorgensen advised that Jorgensen will have a bypass and that he just had the catherization procedure. It is believed that Jorgensen had a slight heart attack but is expected to be hospitalized for several days.

Based on the foregoing, Defendants respectfully advised the Court by telephone that Jorgensen will be unable to attend the hearing tomorrow due to his health condition. Opposing counsel was advised by voice mail and email, however the undersigned was unable to speak with opposing counsel. Mr. Waldhalm will be present at tomorrow's hearing and Defendants will be prepared to go forward with the remaining motions *in limine* that are pending.

                Respectful submitted

By:   s/ G. Glennon Troublefield
       G. GLENNON TROUBLEFIELD
       CARELLA, BYRNE, CECCHI, OLSTEIN,
       BRODY & AGNELLO, P.C.
       5 Becker Farm Road
       Roseland, New Jersey 07068
       Tel. No. (973) 994-1700
       Fax No. (973) 994-1744
       email: gtroublefield@carellabyrne.com

-- and –

DAVID M. DEMAIO
Florida Bar No. 886513
david.demaio@ogletreedeakins.com
GREGORY R. HAWRAN
Florida Bar No. 55989
gregory.hawran@ogletreedeakins.com
PAUL J. DE BOE
Florida Bar No. 52051
paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131
(305) 374-0506
(305) 374-0456 (Fax)

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of November, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   s/ Paul De Boe
      Paul De Boe

**SERVICE LIST**
XTEC, INC. V. CARDSMART TECHNOLOGIES, INC. AND DAVID FISHER
United States District Court, Southern District of Florida
CASE NO. 11-CV-22866-MORENO/HUNT

Eduardo I. Rasco, Esq.
eir@rrrklaw.com
Steve M. Bimston, Esq.
smb@rrrklaw.com
ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 Northeast 30th Avenue
Aventura, Florida  33180

**Method of Service:** *CM/ECF*

Oliver A. Ruiz, Esq.
oruiz@malloylaw.com
MALLOY & MALLOY, P.L.
2800 S.W. 3rd Avenue
Miami, Florida 33129

**Method of Service:** *CM/ECF*

*Attorneys for Plaintiff*

G. Glennon Troublefield, Esq.
gtroublefield@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068

David M. DeMaio
david.demaio@ogletreedeakins.com
Gregory R. Hawran
gregory.hawran@ogletreedeakins.com
Paul J. De Boe
paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
  STEWART P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida  33131

*Attorneys for Defendants*

#502880

19571247.2