UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-22866-MORENO/HUNT

XTEC, Incorporated, a Florida corporation,

        Plaintiff,

v.

CARDSMART TECHNOLOGIES, Incorporated, a New Jersey Corporation and DAVID FISHER, an Individual,

        Defendants.

---

**DEFENDANTS' NOTICE OF FILING**
**TRANSCRIPT OF DEPOSITION OF JOHN JORGENSEN**

    Defendants CARDSMART TECHNOLOGIES, INC. and DAVID FISHER (collectively, Defendants), in compliance with the Court's directive at the December 9, 2014 Calendar Call and Omnibus Order dated December 15, 2014 [D.E. 465], hereby file the transcript of the deposition of John Jorgensen.

                                        Respectfully submitted,

                By:       s/Paul J. De Boe *for*
                        G. GLENNON TROUBLEFIELD
                        Admitted *Pro Hac Vice*
                        gtroublefield@carellabyrne.com
                        CARELLA, BYRNE, CECCHI, OLSTEIN,
                        BRODY & AGNELLO, P.C.
                        5 Becker Farm Road
                        Roseland, New Jersey 07068
                        Tel. No. (973) 994-1700
                        Fax No. (973) 994-1744

                        -- and --

        DAVID M. DEMAIO
Florida Bar No. 886513
david.demaio@ogletreedeakins.com
GREGORY R. HAWRAN
Florida Bar No. 55989
gregory.hawran@ogletreedeakins.com
PAUL J. DE BOE
Florida Bar No. 52051
paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
701 Brickell Avenue
Suite 1600
Miami, Florida 33131
(305) 374-0506
(305) 374-0456 (Fax)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of December, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     s/Paul J. De Boe
       PAUL J. DE BOE

**SERVICE LIST**
*XTEC, INC. V. CARDSMART TECHNOLOGIES, INC. AND DAVID FISHER*
*United States District Court, Southern District of Florida*
*CASE NO. 11-CV-22866-MORENO/HUNT*

Eduardo I. Rasco, Esq.
eir@rrrklaw.com
Steve M. Bimston, Esq.
smb@rrrklaw.com
ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 Northeast 30th Avenue
Aventura, Florida  33180

**Method of Service:** *CM/ECF*

Oliver A. Ruiz, Esq.
oruiz@malloylaw.com
MALLOY & MALLOY, P.L.
2800 S.W. 3rd Avenue
Miami, Florida 33129

**Method of Service:** *CM/ECF*

*Attorneys for Plaintiff*

G. Glennon Troublefield, Esq.
gtroublefield@carellabyrne.com
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY &
AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey  07068

David M. DeMaio
david.demaio@ogletreedeakins.com
Gregory R. Hawran
gregory.hawran@ogletreedeakins.com
Paul J. De Boe
paul.deboe@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
 STEWART P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida  33131

*Attorneys for Defendants*

19812172.1