# Jorgensen Tr.
# 12/16/2014

Page 187

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2                 11-22866-CIV-MORENO/HUNT
3
     XTEC, INCORPORATED, a Florida
4    corporation,
5                        Plaintiff,
6    vs.
7    CARDSMART TECHNOLOGIES,
     INCORPORATED, a New Jersey
8    corporation, and DAVID FISHER, an
     individual,
9
                         Defendants.
10    _ _ _ _ _ _ _ _ _ _ _ _ _ /
11
          CONTINUED VIDEOTAPED
12    DEPOSITION OF:    JOHN JORGENSEN
13    DATE:             December 16, 2014
14    TIME:             9:48 a.m. to 12:06 p.m.
15    PLACE:            240 North Washington Boulevard
                        6th Floor
16                      Sarasota, Florida
17    PURSUANT TO:      Notice by counsel for
                        Defendants for purposes of
18                      discovery, use at trial
                        or such other purposes
19                      as are permitted under
                        the Federal Rules
20                      of Civil Procedure
21    BEFORE:           MARGARET A. BARLOW, RMR
                        Notary Public, State of
22                      Florida at Large
23                      Volume 2
24                      Pages 187 to 257
25

Page 188

1    APPEARANCES:
2        EDUARDO I. RASCO, ESQUIRE
         Rosenthal, Rosenthal, Rasco, Kaplan, LLC
3        20900 NE 30th Avenue
         Suite 600
4        Aventura, Florida 33180
         (305) 937-0300
5        eir@rrrklaw.com
             Attorney for Plaintiff
6
         G. GLENNON TROUBLEFIELD, ESQUIRE
7        Carella, Byrne, Cecchi, Olstein, Brody & Agnello
         5 Becker Farm Road
8        Roseland, New Jersey 07068-1739
         (973) 994-1700
9        gtroublefield@carellabyrne.com
             Attorney for Defendants
10
     ALSO PRESENT:
11
         MICHAEL McCLAIN
12       DON WALDHALM
         PATRICIA DUFOR
13       ANTONIO ARNER (via phone)
         ALBERTO FERNANDEZ (via phone)
14       MATT VOYE, Videographer
15
16                   INDEX
17   CONTINUED CROSS-EXAMINATION BY MR. RASCO          189
18   REPORTER'S CERTIFICATE                     257
19
20
                     EXHIBITS
21
                 (None)
22
23
24
25

Page 189

1        THE VIDEOGRAPHER:  This is the continuation of

2     the deposition of John Jorgensen.  Today is December

3     16th, 2014.  The time is approximately 9:48 a.m.

4     We're on the record.

5              CONTINUED CROSS-EXAMINATION

6   BY MR. RASCO:

7     Q    Good morning, Mr. Jorgensen.

8     A    Good morning.

9     Q    You're still under oath.  You understand that,

10  correct?

11    A    Yes.

12    Q    Very good.  Yesterday, you indicated that you

13  had served as an expert on three cases involving a code

14  source -- source code comparison.  Is that a correct

15  statement?

16    A    Yes.

17    Q    You couldn't remember the names yesterday.  And

18  we have your list of cases that you've done, and I would

19  like to have you look at that and tell me if it helps

20  you refresh your recollection as to which case it was.

21        I have it over here.  Here it is.  I believe

22  it's Exhibit --

23        MR. RASCO:  What number was this,

24     Mr. Troublefield?

25        MR. TROUBLEFIELD:  900A.

1    BY MR. RASCO:

2         Q    900A.  Do you have your copy there?  This one

3    here.  Could you please tell me the name of the three

4    cases that you were involved in with the code

5    comparison?  I think you indicated Deman, D-e-m-a-n,

6    Data Systems was one of them?

7         A    Yes, I believe that's one of them.

8         Q    What are the other two?

9         A    I'm going to have to get you the cases

10   because --

11        Q    You don't remember?

12        A    It's a combination of not remembering the -- I

13   remember it as Microsoft in an AVG case, and I don't

14   remember the -- what the case was called exactly, but

15   those would be the two off the top of my -- top of my

16   head.

17        Q    Okay.  Okay.  How did you do code comparison if

18   you don't read code?

19             MR. TROUBLEFIELD:  Objection.

20        A    I was involved in the code comparison case from

21   a forensics point of view, and I had other engineers

22   doing code comparison for me.

23   BY MR. RASCO:

24        Q    All right.  So you didn't do the code

25   comparison?

Page 191

1      A    No, I did not do the source code comparison.

2      Q    In those cases, did you take what you would

3   describe as a forensic image of the server or database

4   with the subject of the examination?

5      A    Yes.  They -- we didn't take the forensic

6   image, but there was a forensic image provided.

7      Q    Okay.  And when you have a forensic image, then

8   you can rely on the metadata, correct?

9      A    You can rely on the metadata, the operating

10  system data, any other data that you're able to collect

11  off of the computer to help you establish the validity

12  of the data you're looking at.

13     Q    All right.  And then you were able to use your

14  software that examines that metadata; is that correct?

15     A    The software doesn't really examine it.  It

16  provides you that data in a format that's easier for you

17  to read than you would normally -- than that data would

18  be normally presented to if you're looking at raw data.

19     Q    They're analytical tools that allow you to --

20  to develop hash totals to determine consistency that

21  you're looking at something, which is --

22     A    That's a different -- hash values is a

23  different subject matter than actually retrieving

24  operating system information off of the computer.

25     Q    Okay.

Page 192

1        A     The hash value was sort of a basic -- is a

2    basic validation tool that you use, and that hash is run

3    by an algorithm.  So you have a hash value, but that's

4    sort of a very basic part of this whole process.

5        Q     And you use those software tools to -- in

6    analyzing what you refer to as the metadata, correct?

7        A     Referring -- so you analyze -- recover, analyze

8    and investigate the metadata of the file associated with

9    the files, plus the data that's associated with the

10   operating systems and application software that may

11   affect those files.

12       Q     And in -- in your industry as a digital data

13   forensics analyst, it is necessary for you to have

14   software with metadata that is validated and verifiable

15   forensically, correct?

16       A     I don't quite know exactly what you're saying

17   because the words don't quite fit together.

18       Q     Let me rephrase it.

19       A     Okay.

20       Q     In order for you to do your analysis as a

21   digital data forensic expert --

22       A     All right.

23       Q     -- you need reliable metadata as it existed on

24   a server or application?

25       A     Well, you try to collect as much information

Page 193

1      about the data that you're supposed to be looking at to

2      determine its validity and to determine what happened to

3      it.  There are times when you collect information when

4      you don't have the metadata that is associated with it

5      or should be associated with it, or you don't have

6      operating system information.

7            And the fact that you don't have the metadata

8      and the fact that you don't have the operating system

9      information, can become part of your report, to say that

10     somebody has wiped the metadata or somebody has changed

11     the metadata or somebody has wiped operating system

12     information or changed operating system information.

13           So all of that goes into your evaluation of the

14     validity of the data that you're looking at, and it also

15     goes to your evaluation of what was happening on that

16     computer at the time of interest for that particular

17     data.

18       Q    All right.  Now, in this case, you were -- you

19     are suggesting that the way for -- a proper digital data

20     examination would have required a forensic image of the

21     server Pensacola, correct?

22       A    Yes.  And if it was my client -- and we have

23     clients call us all the time and say, "What do we do?"

24     Almost the first words out of our mouth are, "Take a

25     forensic image."

Page 194

1      Q    Okay.  Now, you're aware that the server was

2    not available?  It was -- it's -- it was not within

3    XTec's possession or control at the time this lawsuit

4    was filed?

5      A    It doesn't have to be.  You can do a forensic

6    image of that server remotely.

7      Q    Okay.  Are you aware that that server was no

8    longer available remotely either?

9         MR. TROUBLEFIELD:  Objection, form of the

10        question.

11     A    From the information that I've read in the

12   depositions, XTec said that they looked at files, they

13   copied files, they did this and that.  If -- if they did

14   all of those things to that server, they certainly could

15   have used something like F-Response to do a remote

16   acquisition of that server.  They also had somebody on

17   site, and that was Bill Mitchell.

18         Under those circumstances, what we would have

19   done is probably determined whether it was easier to do

20   an onsite acquisition or an offsite acquisition.

21         We would -- if we didn't want to travel to the

22   site, we would send Bill Mitchell a computer and a hard

23   disk, and the computer would have the proper software on

24   it to make an acquisition for the server, and he could

25   make an acquisition of the server within a day.

Page 195

 1   BY MR. RASCO:

 2      Q   So you're aware that that server was in the

 3   possession of CardSmart, not XTec?

 4          MR. TROUBLEFIELD:  Objection.

 5      A   I understood that Bill Mitchell had access to

 6   that server.

 7   BY MR. RASCO:

 8      Q   The files that were provided were a compilation

 9   of different files from different places, are you aware

10   of that, the files that were provided for computer --

11   for your review?

12      A   Well, I'm aware of it now, because that's what

13   we deduced in our analysis.

14      Q   All right.  And if the file -- what you're

15   doing is you're looking at metadata, correct?  That's

16   your portion of the review?  Is that a correct

17   statement?

18      A   I'm looking at metadata.  I'm also looking at

19   the file path.  I'm looking at the file directory

20   information.

21      Q   And if --

22      A   Several things I'm looking at, yes.

23      Q   And if -- and if the files -- are you aware

24   that initially -- do you know what the first files that

25   were produced for examination, what did they consist of?

Page 196

1     A    Well, I wasn't with Mr. Waldhalm when he did

2     his first review, but I'm assuming it was the same file

3     sets that we looked at again on October 7 through

4     October 10th.

5          Q    Okay.  That would be an incorrect assumption.

6          A    Okay.

7          Q    Are you aware that the second review,

8     Mr. Troublefield requested initial versions and the

9     documents that had been provided for Mr. Eiras for

10    review or the code that had been provided to Mr. Eiras

11    for review?

12         A    Yes, but those were on the purple thumb drive.

13         Q    That's correct.  And then -- and then you --

14    and then at the time of your examination, that purple

15    thumb drive was loaded onto the examination laptop,

16    correct?

17         A    The purple thumb drive was attached to the

18    laptop, and we reviewed the original file set, and then

19    we reviewed the additional file set that was attached to

20    the laptop.

21         Q    Okay.  All right.  So take it from -- taking

22    from -- I'm taking from the fact that you said that you

23    assumed what was on the computer, the first examination,

24    was the same as the second, that you are not familiar or

25    aware of which computer files were on the laptop at the

Page 197

1   first examination?  Is that a correct statement?

2       A    I did not personally see those.  Mr. Waldhalm

3   represented to me that it looked like the same file

4   sets, but I did not -- I could not personally confirm

5   that.

6       Q    Okay.  Same file sets as when you reviewed them

7   the second time?

8       A    The file set that was on the laptop was

9   supposedly the same file set that was first reviewed by

10  Mr. Waldhalm.  The additional files that were provided

11  were provided on the purple thumb drive and were viewed

12  from the purple thumb drive, and, therefore, they were

13  kept separately, the -- the file set, the original file

14  set was on the laptop and the file set that was on the

15  thumb drive.

16      Q    All right.  Could you please tell me what

17  computer files or source code you reviewed that was on

18  the laptop, not including on the purple thumb drive?

19  Tell me what -- what software was there and what

20  versions.

21      A    Without going through the directories and all

22  of our information, that would be difficult for me to do

23  off the top of my head.

24      Q    I need you to do it.  You have the directories

25  here, you can tell me.  But I need to know -- I need to

Page 198

1    know if you know what you were looking at.  I don't

2    think you do.

3           MR. TROUBLEFIELD:  Objection.

4    BY MR. RASCO:

5      Q    Please tell me what source code was on the

6    computer that was not included on this -- on the thumb

7    drive, and identify them for me, please.

8           Why don't you use your book, and that way I can

9    follow along with my book?  Yours is right next to it.

10   Thank you very much.

11          MR. RASCO:  For the record, the witness is

12      looking at Exhibit D-806.

13          For the record, now the witness is looking at a

14      different document, D-666.

15          THE WITNESS:  If I had some yellow tabs or

16      yellow stickies -- this is going to take some time.

17      Thank you.

18          MR. RASCO:  We're still on -- I can hear you,

19      Albert.  Please mute the phone.

20          MR. FERNANDEZ:  Okay.  Sorry.  I'm muting it.

21          MR. RASCO:  All right.  Let the record reflect

22      the witness is now looking at D-806 again.

23   BY MR. RASCO:

24      Q    Okay.  It's been about 15 minutes.  Have you

25   been able to identify any of the versions that you have

Page 199

1    reviewed yet?

2        A    What do you mean by "versions"?

3        Q    Well, I would like to know what it is you were

4    looking at when you were reviewing the software.

5        A    That's different than the question you asked me

6    originally.

7        Q    What is it you're looking for then?

8        A    You asked me to look for those files that were

9    provided after the initial set, that were provided on

10   the purple USB device.

11       Q    Actually, what I wanted to see was what you

12   were looking at for the first code review.  What

13   software?

14       A    The first code review?

15       Q    Yes.

16       A    I didn't look at the files on the first code

17   review.

18       Q    But you said that the same files that were on

19   the first code review were on the computer the second

20   time?

21       A    I understood that the same files that were on

22   the code review, the first code review that Mr. Waldhalm

23   reviewed --

24       Q    Right.

25       A    -- were also on the desktop, represented to us

Page 200

1    were on the desktop that we received in October.

2        Q    Exactly.  And my question is, what are those

3    files?  What do they consist of?

4        A    The files that are contained here.

5        Q    Could you tell me what they were?  Was it --

6        A    Do you want me to read each of these files to

7    you?

8        Q    I would like to know -- well, pick one of them.

9    Go ahead, and I'll ask, for example, go to XTec 9474.

10            So let me ask you, what was it you were looking

11   for during those 15 minutes?

12       A    You asked me essentially to differentiate

13   between the files that we received on the purple USB

14   device versus the files that were on the desktop

15   originally.

16       Q    Actually, what I wanted to know is if you could

17   identify what files, first of all, were ident- -- were

18   on the computer, not on the USB device.

19       A    I don't believe that was the question.  But,

20   otherwise, I could just say yes.

21       Q    Okay.  Well, tell me, could you --

22       A    And then I believe you told me to do that.

23       Q    Okay.

24       A    So that's what I am doing.

25       Q    All right.  Let's do it a different way.  I

Page 201

1      want you -- just I -- randomly, on the directory, I went

2      to 9474, page 9474.  Why don't you do that?

3          A    Okay.

4          Q    What files are those?  Could you describe to me

5      what I'm looking on page 9474?

6          A    What --

7          Q    Let's start with the directory at the bottom

8      half where it says "Directory,

9      c:\users\xtecuser\desktop\enablerauthentx\363\

10     enableraccessadmin."  What are those files?

11         A    This book represents, we were told, the

12     directory printout for source code files that we were

13     examining on the laptop.

14         Q    Right.  What version of AuthentX is the

15     directory I just referred to?

16         A    363.

17         Q    And could you tell me anything about this that

18     is -- on this particular version?  Do you know the date

19     of the version?

20         A    I know the date that appears that the version

21     may have been created and compiled as a set of files,

22     and that is 6/17/2007.

23         Q    Why are there dates other than that?  For

24     example, August 27th, 2007?

25         A    Where do you get that date?

Page 202

1      Q    If you just go down that column, the first one

2   after 6/26.

3      A    Those files could have been added to this

4   directory set at that time.  It was copied on 1/18/2013,

5   so this directory set was copied in its totality on

6   1/18/2013.

7      Q    Okay.  And do you know what version of AuthentX

8   this was?

9      A    According to what XTec identified for us as the

10  versioning references, this would be version 363.

11     Q    Okay.  And do you know the time period in which

12  that was utilized or created?

13     A    All I can do is look at the metadata to say

14  that it looks like that directory set -- that particular

15  directory set was accumulated from 06/17/2007 through

16  11/7/2007.

17     Q    And what significance is that for your review?

18     A    Well, we're looking at multiple versions, first

19  of all.  That's version 363.  If we just grab a page and

20  flip it over, I'm looking at version 474 right now.

21         The versions aren't necessarily easily

22  discerned.  It's like a data dump in a discovery.  In

23  other words, here's all the versions.  You figure out

24  how the versions fit together.

25         So that tells us that we have to do some

Page 203

1    research to try to determine what versions existed

2    during certain periods of time.  All we know is these

3    files were copied on 1/18/2013.

4        Q    Is there any significance to that?

5        A    I believe that was the day before the USB

6    device was produced.

7        Q    That's the day before the inspection, correct?

8        A    Yeah.

9        Q    So that would indicate that that's the date the

10   files were probably loaded on that computer, correct?

11       A    If the directory was made off of that computer.

12       Q    All right.

13       A    If they -- it was loaded someplace, and the

14   directory was produced from wherever it was loaded to.

15       Q    All right.  Let me ask you this.  Let me ask

16   you a different way.

17            Do you intend to give any opinion testimony

18   regarding the contents of this Exhibit D-92- -- D-806?

19   Is this in any way a document you intend to testify that

20   this document has some significance or meaning within

21   the context of your opinion?

22       A    Yes.

23       Q    Tell me.  How -- how do you intend to utilize

24   this exhibit in your testimony?

25       A    Just some statement of facts.  One, this is

Page 204

1    like a data dump in ESI.  The versions weren't separated

2    for us to look at the various versions.  The Pensacola

3    version wasn't separated out and said, "Here's the

4    Pensacola version, here's the next version after

5    Pensacola version, here's the next version after that."

6         This is a data dump that was done where all of

7    the versions are run together, and they haven't been

8    separated out.

9    Q    Okay.  Now, let me stop you there a second.  Do

10   you know whether the version that was supposedly running

11   in the Pensacola server is identified in any way in this

12   directory?

13   A    It doesn't appear to be.

14   Q    So you don't know?  So you can't decipher from

15   looking -- from your review, from your examination, from

16   everything that you have done from the date you were

17   hired until today, can you tell me which version of the

18   directories was the one that XTec contends was loaded on

19   the Pensacola server?

20   A    Within a reasonable degree of scientific

21   certainty, I cannot do that.

22   Q    Okay.  Within any degree of any certainty?

23        MR. TROUBLEFIELD:  Objection.

24   A    I cannot -- I cannot with certainty say which

25   versions were running on the Pensacola server because of

Page 205

1    the way the data was provided to us.

2    BY MR. RASCO:

3        Q    Okay.  Perhaps it was explained to the lawyer,

4    and the lawyer didn't explain it to you.  Is that a

5    possibility?

6            MR. TROUBLEFIELD:  Objection.

7        A    I don't know if that occurred.

8    BY MR. RASCO:

9        Q    Okay.  So you -- based upon your understanding

10   and your investigation, you were handed a computer with

11   a lot of different versions.  Do you know how many

12   versions there were?

13       A    Not off the top of my head, no.

14       Q    Eighteen or twenty versions, maybe?

15       A    There was a significant number of versions on

16   here, yes.

17       Q    Do you know the earliest version, what date it

18   was?

19       A    No, because we asked Mr. Fernandez to tell us

20   the versioning process, and he could not tell us what

21   the versioning process was.  Nobody ever provided that

22   information to us, so we couldn't verify what was an

23   original version, what was a latest version.

24       Q    Okay.  Can you tell me what was the oldest or

25   the newest version, rather, the latest version that was

Page 206

1    on the computer that you examined?

2        A    I can't do that either, because I don't know

3    what the versioning process was that they followed.

4        Q    So you don't know whether it was a 2009 version

5    or a 2008 version or a 2012 version or a 2013 version or

6    a 2011 version?  You don't know that, do you?

7        A    All we know is that there were changes made to

8    the software right up until two thousand -- the end of

9    two thousand -- the 2012 time frame.

10        Q    Okay.  Do you remember at your deposition I

11    asked you for those changes, and you couldn't tell me

12    because you had not brought any of your files with you?

13    Do you recall that?

14            MR. TROUBLEFIELD:  Objection.

15        A    No, I don't recall that.

16    BY MR. RASCO:

17        Q    Do you recall my asking you and Mr. Waldhalm,

18    please tell me what changes were made, and other than

19    the copyright, which was in your report, you and

20    Mr. Waldhalm were unable to identify any changes that

21    were made?

22            MR. TROUBLEFIELD:  Objection.

23        A    Changes to what?

24    BY MR. RASCO:

25        Q    You said that some of the files had been

Page 207

1    modified.  I asked you show me what files.  You were

2    unable to do it because you did not have your files with

3    you.  Is that correct?

4        A    I think we were able to say what files were

5    changed.  I think that the question was what was changed

6    in the files.

7        Q    Okay.  And what was changed in the files?

8        A    And we didn't have information concerning the

9    source code changes.  We pointed out the copyright

10   change, which we thought was important, because it was a

11   postdated copyright.  And I believe that we found some

12   other changes as well, if I remember correctly.

13       Q    Then do you know what those were?

14       A    I'd have to go through this set of paperwork to

15   see if I can discover which ones those were, because we

16   were doing screen shots of things that we were noting,

17   and these are the screen shots.

18       Q    Okay.  Do you know whether -- are you aware

19   that XTec alleges that CardSmart would have made changes

20   to the code; XTec captured some of those code changes by

21   CardSmart?  Are you aware of that?

22       A    I'm aware of the claim, but I have seen no

23   indication of that.

24       Q    All right.  Are you aware as to whether that

25   code, which XTec claims it captured, which represented

Page 208

1      the code changes made by CardSmart on the Pensacola

2      server, whether that code was also provided to you for

3      examination?

4          A    Could you ask that question again, please?

5          Q    Could you tell me whether or not you are aware

6      if any of the code you reviewed included the CardSmart

7      code that was captured as being changes to the PCOLA

8      server?

9              MR. TROUBLEFIELD:  Objection.

10         A    Your question is confusing because you're not

11     being detailed enough.  Are you talking about changes

12     that -- are you saying XTec captured changes?

13     BY MR. RASCO:

14         Q    Right.

15         A    Changes to CardSmart code, changes to XTec

16     code?  Which one?

17         Q    XTec received an alert from its server --

18         A    Supposedly.

19         Q    -- that changes were being made to the

20     software.  When the alert was received, XTec went into

21     the server --

22         A    I believe.

23         Q    -- and looked -- let me finish -- and looked at

24     the server and noted that there was CardSmart changes --

25     that CardSmart had made changes to the code, and XTec

Page 209

1    copied some of those changes.

2          The question is, are you aware that that

3    XTec -- I'm sorry, that CardSmart code that was captured

4    was made available to you in the review?

5          MR. TROUBLEFIELD:  Objection, form of the

6       question.

7       A    That was never identified to us.

8    BY MR. RASCO:

9       Q    So the answer is you were not aware of that?

10         MR. TROUBLEFIELD:  Finish your answer.

11      A    That was never identified to us, and it did not

12   show up in Eiras report, and it was not clear from

13   Mr. Fernandez's deposition what changes he's referring

14   to.  In fact, it was fairly vague about whether or not

15   the actual changes had been captured.

16   BY MR. RASCO:

17      Q    My question is, do you know whether, when you

18   were looking at the code, at the examination, whether

19   you had -- whether you -- on that laptop, were those

20   changes that CardSmart made, do you know whether --

21      A    You're talking about changes to XTec's code?

22      Q    Code, yes, sir.

23      A    I was not made -- I was not made aware that the

24   code set that we had received, while we were reviewing

25   it with Mr. Bimsted and yourself, we were not made aware

Page 210

1    that those changes are here --

2        Q    Okay.  All right.

3        A    -- if changes were made.

4        Q    All right.  Take a look at the big directory

5    book, which is D-806, and tell me what portions of this

6    exhibit you intend to provide opinion testimony from.

7    What -- what on here are you going to testify regarding,

8    if there's any changes, as you say?

9        A    Pardon me?

10       Q    Just tell me where you're going to testify as

11   to -- concerning this book.

12            All right.  Why don't you just tell me what it

13   is you're marking there?  Start with the page number.

14       A    9519, the directory on the bottom at the end of

15   the directory says "Enabler pcs."

16       Q    Right.

17       A    That's CardSmart code.

18       Q    Where it says "4\enablerpcs"?

19       A    Uh-huh.

20       Q    Where do you see CardSmart code?

21       A    That's what the "cs" is.

22       Q    Okay.

23       A    The next page, you see --

24       Q    And that's correct.  And are you aware that

25   that is the code that was captured by XTec?

Page 211

1          MR. TROUBLEFIELD:  Before you answer that,

2      finish your answer, if you're not done.  Once you're

3      done, then answer the second question, please.

4      A    That's just one of the pages.

5  BY MR. RASCO:

6      Q    But is -- but are you aware that that is the

7  code that was provided that was captured on the PCOLA

8  server or from whatever server it was that CardSmart

9  made the changes?  That's exactly right, cs does mean --

10     A    So CardSmart was making changes to CardSmart

11 code?

12     Q    No.  CardSmart -- here, take a look at Exhibit

13 D-66.  I'm going to refer you to your other one.  And go

14 to, you were testifying yesterday, page 26.

15     A    Twenty-six on the left or right?  What are you

16 talking about?

17     Q    On the right.

18     A    Okay.

19     Q    Okay.  You see all those files that say

20 "CardSmart" there?

21     A    Uh-huh.

22     Q    Are you aware that those are files that were

23 captured by XTec?

24     A    Obviously they're captured by XTec because they

25 were provided to us by XTec.

Page 212

1      Q    And they -- and what happened was that

2    CardSmart created a user CardSmart and began copying the

3    XTec code?

4         MR. TROUBLEFIELD:  Objection to the form of the

5      question.

6    BY MR. RASCO:

7      Q    Isn't that what you're seeing on page 26?

8      A    I don't know that.

9      Q    Because you didn't know you were looking at the

10   code that was captured by XTec?  But if I tell you that

11   that's the code that XTec captured, that CardSmart made

12   changes to it, it would be a rational explanation as to

13   why CardSmart is on there?

14        MR. TROUBLEFIELD:  Objection.

15     A    It would be another rational explanation to say

16   that XTec captured or tried to capture code from the

17   Pensacola server at various times, and in the process,

18   they captured CardSmart code as well.

19   BY MR. RASCO:

20     Q    Why is CardSmart code on the XTec user?  Why is

21   XTec user in this string?

22     A    Because that's the higher directory that was

23   used by XTec in order to store these files.  That has

24   nothing to do with the Pensacola server and the file

25   structure on the Pensacola server.  That was the file

1    structure that was established by XTec when they

2    captured files off -- off of a server or off of

3    anyplace.  I don't know where they captured them from.

4        Q    All right.

5        A    There's no documentation to tell me where they

6    captured them from.

7        Q    Exactly.  But if XTec told you that this is the

8    code that when they received an alert, they went into

9    their server, and they found a user name, CardSmart, and

10   they copied what was on there --

11       A    That is just as good of story as any.  If they

12   provided a forensic image of the server, that would

13   resolve all of these questions.  But they saw fit not to

14   do that.

15       Q    And you can't tell me -- based upon all your

16   skills, all your training and all your expertise, you

17   can't tell me where that came from?  You can only

18   speculate, correct?

19       A    If I was provided unfettered access to the

20   information they have and the servers that they were

21   using to compile these directories, I could probably

22   unravel this mess.

23       Q    Okay.  But you weren't provided unfettered

24   access, because we have a stipulated -- we have a

25   protective order, and it has a routine for code

Page 214

1    inspection, and it doesn't provide for unfettered

2    access.

3          So based upon the existing protective order,

4    methodology for reviewing source code, there's no way

5    you could tell me or the court what those files really

6    are?  You could only speculate.  Isn't that correct?

7       A    What do you mean what the files are?  I can

8    tell you what the names of the files are.

9       Q    Well, how does that help anybody decide this

10   case?

11      A    Review of this is able to identify the fact

12   that a hodgepodge of data has been selected and

13   presented.

14      Q    Right.  I agree with that statement.

15      A    And that hodgepodge of data cannot be assumed

16   to represent anything without further information --

17      Q    Okay.  And --

18      A    -- other than it's a hodgepodge of information.

19      Q    And so then you, as an expert witness, have

20   taken this hodgepodge of information and speculated as

21   to what it is?

22      A    I've stated that it's a hodgepodge of

23   information, that it is directories and files that have

24   been changed all the way up until 2012.  The directory

25   listings, the group of files have been put together,

Page 215

1    have come from various sources, and it -- it cannot be

2    assigned any greater significance than what it is.

3        Q    Okay.  Except that if a person, a person with

4    computer background, who retrieved these files, they

5    could tell you what these files -- where these files

6    came from, couldn't they?

7        A    They could tell me where they say the files

8    came from.

9        Q    Exactly.

10       A    But that's not necessarily where the files came

11   from.

12       Q    Well, I understand.  I understand that's your

13   position.

14           So the one would have to determine the

15   credibility of the person making the statement, correct?

16   And -- and if the person appeared credible, then they

17   would be credible.  And if the person didn't appear to

18   be credible, then they would not be credible, correct?

19           MR. TROUBLEFIELD:  Objection to the form of

20       that question.

21       A    Some of that credibility can be established by

22   looking at the data.

23   BY MR. RASCO:

24       Q    Right.

25       A    And if the person makes statements about the

Page 216

1    data, and those statements, from the analysis that we're

2    able to perform, don't bear out, then the person doesn't

3    have the credibility.

4        Q    Right.

5            THE VIDEOGRAPHER:  Excuse me, sir.  I need to

6        change my tape.

7            MR. RASCO:  Okay.  We're going to take a break.

8            THE VIDEOGRAPHER:  It is approximately 10:48,

9        and we're going off the record.

10           (A recess was taken from 10:48 a.m. to

11       10:51 a.m.)

12           THE VIDEOGRAPHER:  It's approximately

13       10:51 a.m., and we're back on the record.

14   BY MR. RASCO:

15       Q    Sir, if I told you that the directory that you

16   just pointed out to me on page 9519 was CardSmart code

17   captured immediately after alert by XTec, what would

18   that -- how would that affect your opinion, if I asked

19   you to assume that that were a true statement?

20       A    Well, first of all, was that CardSmart code

21   present anyway on that machine, even though it was

22   captured after alert?  Is it supposed to be on that

23   machine, and what was its function?

24       Q    Okay.  Can you tell what its function was based

25   on the directory?

Page 217

1          MR. TROUBLEFIELD:  Which file, for the record?

2          MR. RASCO:  We're talking about page 9519.

3          MR. TROUBLEFIELD:  I'm on it.

4          MR. RASCO:  The second-to-the-last directory

5     ends with cs, which stands for CardSmart.

6          MR. TROUBLEFIELD:  Thank you.

7      A    This appears to be associated with the

8     fn-getnumber file --

9     BY MR. RASCO:

10     Q    So that would be --

11     A    -- that we're told is a CardSmart file.

12     Q    Okay.  So that's a core file, correct?  That's

13    not a GUI, that's in the core.  Is that correct?

14          MR. TROUBLEFIELD:  Objection.

15     A    That is a source code file.

16    BY MR. RASCO:

17     Q    Okay.  Do you know -- do you know what a GUI

18    is, I'm sure, correct?

19     A    Graphical user interface, right.

20     Q    And can you distinguish between the GUIs and

21    the core, AuthentX core?  Can you?

22     A    You're saying AuthentX core.  A GUI can be

23    associated with any source code that's being run, or it

24    doesn't have to be with that source code.

25     Q    Correct.

Page 218

1      A    But AuthentX -- to assume it's -- all GUIs are

2    associated with AuthentX core is not a valid statement.

3      Q    Can you identify the difference in the AuthentX

4    core and the GUIs or the applications and this software?

5          MR. TROUBLEFIELD:  Objection to the form of the

6      question.

7      A    You say "this software."  Are you talking about

8    all the software in this book?

9    BY MR. RASCO:

10     Q    I'm talking about Enabler software.

11     A    That's a considerable amount of software in

12   this book.

13     Q    Yes, sir, it is.  Okay.  Can you discern

14   between the two?

15     A    Discern between what two?

16     Q    Between the applications and the AuthentX core.

17     A    Wait a minute.  The applications are AuthentX

18   core.

19     Q    So you --

20     A    There are some applications that are associated

21   with AuthentX core.  They have to be.

22     Q    Well, all of them have to eventually deal with

23   it, correct.  But can you tell the difference between --

24     A    All of what has to do with it?

25          MR. TROUBLEFIELD:  Objection.

Page 219

1    BY MR. RASCO:

2        Q    Can you differentiate --

3        A    You're using generalities that are just not

4    true.

5        Q    Do you know what the AuthentX core is?

6        A    I understand from the presentations that were

7    made and the descriptions that have been made by

8    Mr. Fernandez what the AuthentX core is, yes.

9        Q    And you understand that there is -- there are

10   graphical user interfaces which are applications

11   developed for the Navy, such as funeral honors?

12       A    Right, and those were developed specifically

13   for the Navy, and there's some argument whether those

14   are Navy-owned software versus the AuthentX core.

15       Q    Right.  My question to you is, can you

16   differentiate between the two?

17       A    Without seeing the source code and without

18   seeing the actual application, I would have to look

19   through them to find out what -- which is which, yes.

20       Q    Can you?  Were you able to when you did your

21   review?

22            MR. TROUBLEFIELD:  Well --

23       A    I relied on --

24            MR. TROUBLEFIELD:  -- object to the form of the

25       question.

Page 220

1      A    I relied on Mr. Waldhalm to be able to look at

2    the source code and derive the functional capability of

3    the source code.

4    BY MR. RASCO:

5      Q    Okay.  In your review, this directory that you

6    pointed out to me on page 9519, which ends with "cs,"

7    what -- which version of Enabler did you attribute that

8    to be related to?

9          MR. TROUBLEFIELD:  Objection.

10     A    I believe that when I asked about this code, it

11   was not associated with Enabler, necessarily.  It may

12   have been associated with -- and I'm vague about this,

13   and I have to go back to it.  But I think it was

14   Wikimedia interface, which would make sense, because

15   there's a lot of jpg's associated with this as well.

16     Q    With what interface?

17     A    Wikimedia interface.

18     Q    So you're saying this doesn't have anything to

19   do with the Enabler?

20     A    I'm trying to remember the conversation.

21     Q    So what --

22     A    It may have to do with something that was a

23   task that CardSmart had for the Enabler program.

24     Q    Why do you say that?  What -- where do you get

25   that information?

Page 221

1      A    It was a conversation that I had with Dave

2    Fisher.

3      Q    So Dave Fisher told you this was his code?

4      A    No.  He told me it was code that was

5    associated -- I believe he told me it was code -- it was

6    CardSmart code, and it was code that was associated with

7    some functions that they -- that CardSmart was

8    responsible for.

9         MR. TROUBLEFIELD:  Note my objection to the

10        "so" question for this witness.

11    BY MR. RASCO:

12     Q    The getnumber routine is here is in the next

13    directory, isn't it?

14     A    Pardon me?

15     Q    Isn't the getnumber routine in the next

16    directory?

17     A    You mean the common web directory?

18     Q    Yes.

19     A    A php file called "fn-getnumber" is there, yes.

20     Q    Okay.  Is that CardSmart code, or is that XTec

21    code?

22         MR. TROUBLEFIELD:  Objection.

23     A    It doesn't show up in any of the -- of the

24    versions.  We ran electronic scan for it, and this is

25    the only place it ever shows up in the entire directory

Page 222

1     list in all other versions of the directory.

2          So it does not appear to be something that XTec

3     uses or continues to use or is a basic part of their

4     programs.  It appears to be an outlier and standalone.

5     BY MR. RASCO:

6          Q    The getnumber routine?

7          A    That's correct.

8          Q    So you're saying the X -- the AuthentX code

9     does not utilize the getnumber routine?

10         A    We couldn't find it in any of the directories

11    and in any of the information provided to us, other than

12    in this one location.

13         Q    Okay.  Could you show me on this directory book

14    what other testimony you're going to be giving?  What

15    other -- what other areas of the book are you going to

16    be testifying?

17         Actually, before you do that, continue on page

18    9520.

19         A    Okay.

20         Q    The first full directory which ends with

21    "csdb," do you see that?  Whose code is that?  Is that

22    CardSmart code, or is that XTec code?

23         A    It's a subdirectory of the -- let's see.  Is

24    that true?  It appears to be CardSmart, and that would

25    be a CardSmart database.

Page 223

1       Q    Okay.  Do you know whether that is a file that

2    was captured by XTec after the call-home feature alerted

3    XTec of changes made to the code?

4       A    XTec has never provided a list of those files

5    to us.  I identified a list of those files.

6       Q    I believe you're looking at it.

7       A    XTec has never identified a list of files to

8    us.  Are you identifying them now as XTec?

9       Q    I'm asking you if you know what that is that

10   you're looking at.

11      A    This is a circular question.

12      Q    Do you know what it is?  What is that file?  Do

13   you know its origin?

14      A    No, I don't know its origin, but it appears to

15   be a CardSmart database.

16      Q    Okay.  Do you know why it's there?

17      A    A database is usually someplace where you

18   either store data or you take data from.

19      Q    Do you know why XTec provided it to you during

20   the code review?

21      A    No, they never stated that.

22      Q    Did you attribute any significance to it?

23      A    Yes, I did.

24      Q    What significance did you attribute it?

25      A    That it appears to be a CardSmart file, and it

Page 224

1    appears to be in a subdirectory beneath the other

2    CardSmart files.

3        Q    Okay.  And what -- did you reach any

4    conclusions as a result of that?

5        A    This is the only place that this file set shows

6    up.  It only shows up once in the entire file set.  It

7    doesn't show up in any other versions.  It appears that

8    XTec is providing software or is providing source code

9    that was captured at one point in time by them.

10            And because it doesn't appear anyplace else in

11   their source code listing, in their versions, it appears

12   that they captured CardSmart -- CardSmart code.

13       Q    And what -- and what -- what does that lead you

14   to conclude as far as your opinion?  Are you -- are you

15   suggesting that XTec took XTec -- CardSmart code and

16   imbedded it in their code for purposes of this

17   litigation?  Is that what you're saying?

18       A    I'm saying that --

19       Q    Yes or no first.

20       A    I don't know.

21       Q    Okay.  What are you saying then?

22       A    I'm saying that XTec copied a bunch of code --

23       Q    Right.

24       A    -- at various times.

25       Q    Right.

Page 225

1      A    And one of those times they copied a bunch of

2    code, they copied some of CardSmart's code as well.

3      Q    Right.

4      A    They identified -- they didn't identify what

5    server it came from.  They didn't identify how they

6    copied it.

7      Q    Okay.  And what is your -- what is your opinion

8    that you intend to tell a jury concerning these files?

9      A    One of the issues is that Jan Eiras, in

10   conjunction with XTec, was claiming that the

11   fn-getnumber file was copied from XTec.

12     Q    Correct.

13     A    When, in fact, it appears, since it only shows

14   up once in all of the versions, that it was actually

15   CardSmart code; and that Jan Eiras, instead of comparing

16   XTec code to CardSmart code, was actually comparing

17   CardSmart code to CardSmart code.

18     Q    So you're saying that XTec's Enabler code does

19   not have a getnumber routine?

20     A    I am saying -- I am saying that the source code

21   that we were given by XTec to review only shows one

22   instance of fn-getnumber, and it appears that

23   fn-getnumber is within CardSmart code.

24     Q    Okay.  And what is your conclusion as a result

25   of that?

Page 226

1        A     I just gave that conclusion before the last

2    question.

3             MR. TROUBLEFIELD:  Asked and answered.

4    BY MR. RASCO:

5        Q     Please repeat it.

6        A     It appears that XTec, in the process of copying

7    code from unknown servers, from unknown sources, copied

8    CardSmart code, and it was presented as XTec source

9    code.

10             Jan Eiras used that XTec source code in the

11    fn-getnumber as an example of XTec code being copied by

12    CardSmart, when, in fact, it appears that he was

13    comparing CardSmart code to CardSmart code and not XTec

14    code to CardSmart code in arriving at his conclusion.

15       Q     And if you were to be shown by somebody who's

16    more capable than I where this getnumber routine is in

17    the XTec code, your conclusion would be incorrect,

18    right?

19       A     I would have to verify what he is telling me,

20    because this source code was provided to us as the

21    information that we were to use in the source code

22    comparison.

23       Q     I understand.  I'm asking --

24             MR. TROUBLEFIELD:  Hold on.  Let him finish.

25       A     And we do not see fn-getnumber in any other

Page 227

1   versions that were provided, and you yourself said these

2   are all versions of Enabler.  There are no other

3   versions here that have fn-getnumber in them, which

4   would indicate to me that fn-getnumber is not used

5   currently in Enabler.

6   BY MR. RASCO:

7      Q   All right.  If I asked you to -- I'm going to

8   ask you hypothetically to assume that XTec's Enabler 1

9   code does use a getnumber routine, which is almost

10  identical to the CardSmart.

11         MR. TROUBLEFIELD:  Objection to the form.

12     A   By saying it uses --

13  BY MR. RASCO:

14     Q   I need to finish my hypothetical.

15     A   Okay.

16     Q   I want you to assume that XTec's Enabler uses

17  that getnumber routine, and it existed prior to

18  CardSmart's --

19     A   I would have to review the fn-getnumber

20  routine.

21     Q   I'm asking you to assume it's ident- -- similar

22  or identical.

23         MR. TROUBLEFIELD:  Note my objection.

24     A   There's two different things between similar

25  and identical.  Fn-getnumber --

Page 228

1    BY MR. RASCO:

2        Q    I'm going to ask you --

3        A    -- is a simple routine.  It's an indexing

4    routine.  It's a simple routine.  And if it's similar,

5    people -- six different people, six different source --

6    six different coders in a room can write fn-getnumber,

7    and it's going to look very similar.  There's only so

8    many lines of code that you can write, and there's only

9    so many ways that you can do it.

10        If it was exactly the same, then I would have

11   to consider and ask where it originally came from.

12       Q    But you're not understanding my hypothetical.

13   I'm asking you to accept as true that XTec uses an

14   identical getnumber routine.

15       A    Are you talking about line for line?

16       Q    Line for line.

17       MR. TROUBLEFIELD:  Objection to the

18       hypothetical.

19   BY MR. RASCO:

20       Q    Assuming that's true, your conclusion would be

21   incorrect, would it not?

22       A    My conclusion that -- my conclusion that I had

23   stated previously?

24       Q    Yes.

25       A    I think that I would have to know more

Page 229

1     information in order to draw a proper conclusion.  I

2     would have to know where XTec got their fn-getnumber

3     routine.

4        Q    Let's say that XTec created it long before

5     CardSmart ever touched the Enabler code, and that

6     CardSmart's getnumber routine was identical to XTec's.

7     That would -- that would significantly change your --

8     your opinion, would it not, by necessity?  Would it not?

9        A    It would certainly cause me to ask further

10    questions about the fn-getnumber routine.

11       Q    And at the time that you were looking at this

12    code, you weren't aware that this was CardSmart code

13    captured by XTec during the get-home alert, call-home

14    alert?

15             MR. TROUBLEFIELD:  Objection.

16    BY MR. RASCO:

17       Q    Correct?

18       A    It was never identified as that, and since --

19       Q    Which means you weren't aware of it?

20             MR. TROUBLEFIELD:  Finish the answer.

21       A    And since XTec said that it captured --

22    Mr. Fernandez said that they captured or copied a bunch

23    of code, if CardSmart had code on a server that was

24    captured, then, yes, you would see CardSmart code on

25    there.

Page 230

1          But that doesn't mean that's the code that was

2     changed.  That doesn't mean it's XTec code.  All it

3     means is he captured code that had CardSmart code on

4     that computer -- I mean, that server.

5     BY MR. RASCO:

6       Q    Are you aware that counsel for CardSmart

7     demanded that, as part of the examination, the code, the

8     CardSmart code that was captured, be made available for

9     your review?  Are you aware of that?

10          MR. TROUBLEFIELD:  Note my objection.

11      A    No, I'm not aware of that.

12    BY MR. RASCO:

13      Q    Wouldn't that have been useful information for

14    you to know, that you were looking at code -- CardSmart

15    code captured by XTec during the call-home routine?

16      A    If I was told that, I would certainly -- excuse

17    me.  If I was told that, I would certainly -- to accept

18    that, I would certainly have to have other information

19    to corroborate that statement.

20          And, again, the best way to have done that was

21    to take a forensic image of that server at the time in

22    question.

23      Q    But that wasn't done.  So based upon what was

24    done, can you give me an opinion within reasonable

25    degree of scientific certainty as to what that

Page 231

1    represents if you don't even know what you were looking

2    at?

3        A    Pardon me.  What does that mean?  What does --

4    you're using general terms that --

5        Q    What --

6        A    -- I can't reference.

7            MR. TROUBLEFIELD:  One at a time, please.

8    BY MR. RASCO:

9        Q    What does the CardSmart code on 9519, what I

10   identified to you as CardSmart code captured by XTec?

11       A    What's the question, please?

12       Q    Based upon the fact that you didn't know what

13   you were looking at, isn't it true that, therefore, you

14   cannot give me an opinion within a reasonable degree of

15   scientific certainty as to what that represents, because

16   you don't even know what you were looking at?

17       A    Again, you're using generalities.  First of

18   all, I know what I'm looking at.  I see the path name.

19   I see the code.  I see the source code, so I know what

20   I'm looking at.

21       Q    Okay.  And can you tell me what source code

22   that is?  All you have there is a directory?  You can't

23   see the underlying code.

24       A    I do know -- I do know that according to this

25   directory, it's an fn-getnumber, php.

Page 232

1       Q    No, that's the next one.  I'm talking about --

2       A    Whoa, whoa, whoa.  You have a hierarchy --

3    hierarchy of directories here.  If you're pointing to

4    one directory, everything underneath this --

5       Q    Oh, I see.

6       A    -- is included in that directory.

7       Q    You're right.  I just realized it's the same

8    directory.  Okay.  But you didn't know what you were

9    looking at at the time you looked at it, correct?

10      A    I just told you what I was looking at.  I just

11   told you it was the fn-getnumber.  I just told you what

12   my conclusions are.  What do you mean I didn't know what

13   I was looking at?

14      Q    You didn't know that that was CardSmart code

15   captured by XTec during the call-home routine?

16      A    I knew that it was -- I knew it was CardSmart

17   code.  I knew it was captured by XTec.  Nobody

18   identified that as code that was captured by XTec during

19   the call-home routine or whatever you want to call it,

20   which we have found no evidence of in these directories,

21   by the way.

22           And -- and I know that this is the only

23   location the fn-getnumber shows up, is under the

24   CardSmart code identifying.  And I know it's in no other

25   versions of the XTec code that were presented to us.

Page 233

1          And nobody ever identified if this was code

2    captured during that process of the trigger -- the call

3    home, as you call it, the call-home process.  It's never

4    been presented to us.  We don't have a forensic image in

5    order to determine if that's actually the case or if

6    that's a fabrication.

7          We don't know where this came from.  We have no

8    idea where this came from.  We don't know what server it

9    came from.

10     Q    Exactly.  You have no idea what this is?  You

11   don't know where it came from?

12     A    That's not -- that's not what I just said.  I

13   just went through a list of things that I do.  When you

14   say "you have no idea," that's absolutely false.

15     Q    All right.  Where did this come from?

16     A    This came from XTec.

17     Q    Right.  Where did XTec get it, and why is it in

18   there?  Do you know?

19     A    XTec provided --

20          MR. TROUBLEFIELD:  Objection to the form of the

21     question.

22     A    -- this as source code representing Enabler,

23   their version of Enabler.  That's been the supposition

24   all along, and that has been the representation all

25   along.  If XTec -- if XTec is providing something

Page 234

```
 1    else --
 2    BY MR. RASCO:
 3        Q    Yes.
 4        A    -- they never stated that.
 5        Q    Okay.  Not to you, perhaps.  All right.  Tell
 6    me what else --
 7        A    We are -- we are doing the source code review.
 8        Q    I understand.
 9        A    Are you hiding information from us?
10        Q    No, it was on the laptop.  It was requested,
11    and it was put on the laptop.
12        A    It was provided in -- put on the laptop, but
13    you're just telling us that we were not told
14    information.  So the information is being hidden from
15    us.  We asked Mr. Fernandez about the versions.  It was
16    never -- we asked Mr. Fernandez several questions, and
17    the answers were never provided.
18        Q    So the only questions you asked Mr. Fernandez,
19    as I remember, is our conversations regarding atomic
20    functions that you couldn't understand.
21        A    No, that's not true at all.  We asked
22    Mr. Fernandez what the compiled code represented.  And
23    don't say it's something we didn't understand, because
24    unless we see that compiled code as source code, we've
25    got no idea what it represents.  You know that.
```

Page 235

1        Q    And he told you it was the atomic functions.

2    Do you remember that?

3        A    He told us he thought that it may be the atomic

4    functions.  And you agreed to provide the source code,

5    and it was never provided.

6        Q    It was provided.  I'm not going to argue with

7    you.

8             Go to the next item on the book that you intend

9    to testify about, on this particular book.

10            MR. TROUBLEFIELD:  Before Mr. Jorgensen

11        finishes that, I want him to check his blood

12        pressure.

13            MS. DUFOR:  Yeah, I was thinking the same

14        thing.

15            MR. TROUBLEFIELD:  Right now.

16            MS. DUFOR:  That's a good idea.

17            THE VIDEOGRAPHER:  Go off the record?

18            MR. TROUBLEFIELD:  Absolutely.

19            THE WITNESS:  I would rather not blow off my

20        new arteries.

21            THE VIDEOGRAPHER:  The time is 11:17, and we're

22        going off the record.

23            (A recess was taken from 11:17 a.m. to

24        11:29 a.m.)

25            THE VIDEOGRAPHER:  It is approximately

Page 236

1     11:29 a.m., and we're back on the record.

2   BY MR. RASCO:

3     Q    All right, sir.  Could you please tell me what

4   other items from this exhibit you intend to testify to

5   or concerning?

6     A    Just generally speaking, the directories,

7   the -- the versioning.  Excuse me.

8     Q    What about the versioning?

9     A    Well, this is a list of all the directories

10   that was -- that were -- a list of directories and files

11   containing the source code that we initially reviewed.

12        There's another set of code that was provided

13   to us later on on the thumb drive.  Most of those have

14   the heading "Enabler Pensacola forensic files 2012/10/19

15   from Suzette."  The fact that they were not provided in

16   the initial code set, the --

17     Q    I really want to know just about opinions that

18   you're going to make regarding this book.  Is there any

19   document -- any other reference you're going to make

20   from which you draw an opinion that you intend to

21   disclose to the jury?

22     A    I think we've discussed all of those -- how

23   this book and the directory listing fit into our

24   opinions.

25        And it's just not a simple matter, because, as

Page 237

1    I said before, the book gives you -- or the directory

2    listings tell you about the versioning process.  The

3    directory listings in their totality show you that

4    fn-getnumber shows up once, but it doesn't show up in

5    any of the others, in any of the other versions.

6        Q    We already discussed that.  I'm talking about

7    anything else.

8            MR. TROUBLEFIELD:  Finish your answer.

9        A    The fact that this demonstrates -- the

10   directories and subdirectories, the subdirectories in

11   particular, demonstrate that they were code

12   modifications that were done up until 2012.

13   BY MR. RASCO:

14       Q    All right.  Show me.  Show me that.

15           Actually, before you do -- I'm going to ask you

16   to do that in a second, but before you do, let me ask

17   you this.

18           You say that there's no other getnumber routine

19   in the XTec code because the directory is not called

20   "getnumber."  If the directory were given another name,

21   you don't know what's in the underlying code?

22           In other words, it could be a getnumber routine

23   under a directory that has a different name?  Isn't that

24   possible?

25       A    Of course.

Page 238

1    Q    So you don't --

2    A    Or a file.  It's actually a file.  It's not a

3    directory.  Fn-getnumber is a file.

4    Q    Okay.  So the fact that CardSmart numbered --

5    named their directory "getnumber" --

6    A    They named their file "fn-getnumber."

7    Q    Right.  That does not mean that XTec's code

8    doesn't have a getnumber routine?  That just means that

9    if you're looking at the directories, XTec may not have

10   named its directory "getnumber," correct?

11   A    If XTec had an fn -- function getnumber

12   routine, which that's what people call that --

13   Q    Right.

14   A    -- incremental routine, it could be named

15   something totally different, yes.

16   Q    And if it was, then you wouldn't be able to see

17   it here, would you?

18       MR. TROUBLEFIELD:  Object to the form of the

19       question.

20   BY MR. RASCO:

21   Q    On this book, Exhibit D-0806, you wouldn't be

22   able to tell that it exists in the other files because

23   the name of the directory was something different,

24   correct?

25   A    That's correct.  However, since our report is a

1    rebuttal report to Mr. Eiras, Mr. Eiras in particular

2    picked out that file, the fn-getnumber, with the help --

3    it appears with the help of Suzette and XTec, and they

4    used that as an example.  Of course we're going to focus

5    on that.

6         Q    Okay.  But what if I asked you to assume that

7    every single version of Enabler had a getnumber routine,

8    which is my understanding, every single one, but the

9    directory is not listed as getnumber, is not named

10   "getnumber"?

11        A    You mean the file is not listed as

12   fn-getnumber?

13        Q    That's right.  Then that would -- I mean, your

14   opinion is based upon the name given to a directory?

15        A    No.  My opinion is based on the file that was

16   called out in Eiras's report, and it was used as an

17   example of CardSmart copying XTec code.  Our rebuttal

18   report particularly addressed that example that was used

19   in Eiras's report as an example of CardSmart copying

20   XTec code.

21        Q    Okay.

22        A    If --

23        Q    Now, you're saying that that the getnumber

24   routine doesn't appear in any of the XTec code, other

25   versions, correct?

Page 240

1       A    We do not see a file called "fn-getnumber" in

2   any of the other versions, and we're looking for that

3   particular name because that was the name that was used

4   by XTec's expert as an example.

5       Q    Because you're looking at directories, not the

6   actual code?

7       A    We're looking at files and directories.

8       Q    Okay.

9       A    And we're not looking at -- well, I wouldn't

10  say that either because we actually looked at the

11  fn-getnumber code.

12      Q    Okay.  And -- all right.  I just wanted to

13  clarify that, that you agree with me that the file

14  doesn't have to be named "fn-getnumber"?  It can be

15  named something else?  And then your assumption that the

16  fn-getnumber routine is not in any of the XTec versions

17  would be completely incorrect?

18          MR. TROUBLEFIELD:  Objection, form.

19      A    You were saying that I made an assumption that

20  fn-getnumber is not in any other -- not in any of the

21  other files in the source code set that was provided to

22  us by XTec.  I'm not saying that that's what I said.

23  And I'm not saying that that's my assumption.

24  BY MR. RASCO:

25      Q    Well --

Page 241

1        A    What I am saying is that Jan Eiras identified

2    the fn-getnumber file and the code in that file as an

3    example of CardSmart copying XTec code.  That file, as

4    we found it, appears to be a CardSmart file.  Therefore,

5    Jan Eiras was comparing CardSmart code to CardSmart

6    code.

7           I have not made any statements beyond that

8    other than, since that was used by an example of

9    Mr. Eiras, we have not found that fn-getnumber file

10   anywhere else in any other of the other versions of

11   code.

12       Q    Because you're looking at the directories and

13   the directory names?

14          MR. TROUBLEFIELD:  Objection to the form of the

15       question.

16   BY MR. RASCO:

17       Q    Or did you actually look for the getnumber

18   routine in the source code versions that were provided?

19       A    We are looking at the directories and the files

20   within the directories, which were searched.

21       Q    Okay.  All right.  I guess we'll get to it.

22   All right.  Tell me what other area you intend to

23   testify about regarding this exhibit.

24          I'm sorry.  The question was, what were the

25   changes or modifications that you claim were made in

Page 242

1    2012 and what evidence do you have of that?

2        A    We have -- let me find a better example.

3            There are examples in here --

4        Q    Page, please?

5        A    -- of what appeared to be -- 9498 is an

6    example.

7        Q    9498.

8        A    That appeared to be a backup that was run and

9    started at 11:00 and was done on 4/2/2012.

10       Q    Hold on.  Okay.  Do you know what -- what time

11   zone that is?

12       A    No, and I don't know why that would make a

13   difference.

14       Q    Is there a specific time zone that is used for

15   programmers for backups?

16       A    It all depends upon the backup routine.

17       Q    Okay.  And tell me -- I'm looking at page 9498.

18   I'm looking at the backups that appear to have been done

19   at 11:01 and 11:02.  What is the significance of that?

20           MR. TROUBLEFIELD:  Objection to form of the

21       question.

22       A    Well, when we looked across all of the files,

23   it appeared to be fairly obvious that we were being

24   provided backups that would run on some other machine,

25   because in 4/2/2012, the Pensacola machine didn't exist,

Page 243

1    according to testimony.

2    BY MR. RASCO:

3        Q    Okay.

4        A    So this is from some other computer, some other

5    server, some other whatever.

6        Q    Are you aware that this is from the Xtec

7    server, all these files come from the XTec server?

8        A    So none of the files come from the Pensacola

9    server?

10       Q    Pensacola server was not in existence or within

11   XTec's possession or control.

12       A    XTec said they copied files from the Pensacola

13   server.  Are you now telling me -- before, you told me

14   that there were files in here that were copied from the

15   Pensacola server.  Are you now telling me that's not

16   true?

17       Q    The files were captured prior to the litigation

18   beginning.  That's how -- that's why the litigation

19   became --

20       A    Okay.

21       Q    -- because XTec found that somebody was making

22   changes to their code.  They captured those changes.

23   The lawsuit was filed.  The server disappeared.  It was

24   given to CardSmart.

25            MR. TROUBLEFIELD:  Objection to the statement.

Page 244

1          Is there a question?  If there's a question, he can

2          answer that.  Please ask a question.

3     BY MR. RASCO:

4          Q    The files that were provided to you were

5     provided from XTec's servers that has the version

6     controls and the captured files.

7               Now, what is the significance of the date

8     4/2/12, as far as your opinion?

9          A    That is when a backup was run.

10         Q    And what does that mean to you?  Tell me what

11    you're going to tell the jury regarding this backup.

12         A    I have no idea where these files come from, but

13    I know that the files were backed up from some other

14    machine.  It's obviously not from the Pensacola server.

15         Q    Okay.  And how does that -- what is your

16    opinion?  So you have no opinion, other than to note

17    that this is a backup created on April 2nd, 2012.  Is

18    that correct?

19         A    My opinion is that XTec has yet to produce

20    source code and files that they can verify came from the

21    Pensacola server.

22         Q    Is it possible --

23         A    And you certainly -- and you certainly can't

24    say that by producing files that are run from a backup

25    that looked like it was done from other -- some other

Page 245

1    server.

2        Q    Is it possible that this is a date that XTec

3    copied files to provide to Jan Eiras for his comparison

4    purposes?

5        A    That's possible.

6        Q    Okay.  Now, you understand that for the second

7    code review, your attorney requested that every file

8    that had been provided to Jan Eiras be provided to you

9    for examination.  Are you aware of that?  That's the

10   purple thumb drive.

11       A    That's correct, yes.

12       Q    Okay.  Now, if XTec, in April 2nd, 2012, met

13   with Jan Eiras and gave him files to look at, the

14   date -- the metadata date would be the date April 12 --

15   April 2nd, 2012, correct?

16       A    Yes.  We -- yes.

17       Q    And that's a very logical explanation, that

18   this is a file that was given to Mr. Eiras on April 12th

19   that was taken off of XTec's servers on April 2nd, 2012,

20   and handed to Mr. Eiras for his own analysis, correct?

21       A    So Mr. Eiras had data to compare before we had

22   data to compare?

23       Q    Yes, he did.  XTec gave him all the files on

24   the purple USB drive.

25       A    Which included Enabler 3 files?

Page 246

1      Q    No, I don't know what it included.  I can't

2   tell you.  But I can tell you that the files that were

3   on the USB Enabler 3, on the USB drive --

4      A    So Mr. Eiras -- you're telling me that

5   Mr. Eiras -- I was -- I was actually looking for a date

6   when Mr. Eiras actually got the original Enabler 3 and

7   the XTec files.  So that's four -- that's 4/2/2012.

8      Q    Well, I'm just telling you that this is -- this

9   is a file that would have been given -- that could have

10  easily been given to him on that date.

11     A    Good.  Good.  Now, I know what date it is.  I

12  had only dated it back to June, but you dated it back to

13  April for me.  Thank you very much.

14     Q    You're very welcome.  So if -- so not knowing

15  where these files came from, the metadata is really not

16  that significant, because it could have a perfectly

17  valid explanation that you're just not aware of,

18  correct?

19     A    You say it's not significant, then you said it

20  has an explanation.  If it was insignificant, then why

21  provide an explanation?

22        So if you're providing an explanation,

23  therefore it must have some significance.  And as we

24  just noted, it did have a significance, because now we

25  know the date that Jan Eiras originally received the

Page 247

1    Enabler 3 and the Enabler 1 code for his review.

2        Q    Okay.  So what is that -- and you just learned

3    that now?

4        A    Well, you just explained to me what that

5    4/2/2012 copy was.

6        Q    Okay.  And there's lots of them on that date.

7    Do you see that?  There's page after page.

8        A    And that's how we know that it's a copy or a

9    backup that was run.

10       Q    Okay.

11       A    In fact, it could have been still a backup that

12   was run and was provided to him, but it's -- that's

13   mincing words, really.

14       Q    I'm asking -- I'm asking you now, take a look

15   at -- in fact, if you go to -- start at more or less

16   around 9498.  That's where you see the April 2nd, 2012.

17           MR. TROUBLEFIELD:  You said 9498?

18           MR. RASCO:  Yeah.

19   BY MR. RASCO:

20       Q    And if you go through -- let's just go through

21   it.  If you look at the pages after that, there's a

22   significant number of metadata dates that are April 2nd,

23   2012, correct?

24       A    Well, there was another copy that was made on

25   1/18/2013.

Page 248

1      Q    Right.

2      A    But, yes, I know what you're talking about.

3      Q    Okay.  1/18, that would be the copy made for

4    your code review, correct?

5      A    Correct.

6      Q    And April 2nd, 2012, would be the date that

7    XTec was providing files to Mr. Eiras?

8      A    Correct.

9      Q    And so that explains those dates, correct?

10     A    Yes.  So that means that --

11     Q    And there's a significant number --

12         MR. TROUBLEFIELD:  Finish your answer.

13     A    So that means that the CardSmart files were

14   provided to Mr. Eiras at that time.  Okay.

15   BY MR. RASCO:

16     Q    Yes, they were --

17     A    Okay.

18     Q    -- for his review.

19         What other modifications do you believe

20   occurred that you intend to testify about, or

21   modifications is what we're looking for, what you claim

22   to be modifications.

23     A    You originally asked me what other information

24   from this book do I intend to testify about?

25     Q    If you have a page --

Page 249

1      A    That's different than modifications.

2      Q    Okay.  Well, do you have that -- do you have

3   that available now?

4      A    I'm -- I'm going through it.

5      Q    Okay.  Go ahead.

6      A    I'm trying to recall.

7      Q    As you find it, just tell me.

8      A    Throughout the book, there are various examples

9   of code changes that have been made.

10     Q    Show them to me, please.  Start with the page

11  number.

12     A    Page 9798.

13     Q    Hold on.  What change was made there?

14     A    9799.

15     Q    Hold on.  Hold on.  9798, please tell me why

16  you believe there was a change made to the code.

17     A    If you look at the dates and the times, the

18  dates and times aren't sequential, so it's not any

19  copying operation.  So it appears to be code changes

20  were recorded and then inserted into the directory, and

21  you've got code changes in 2011, 2010.

22     Q    Hold on.  9798, tell me specifically what

23  you're referring to.

24     A    The list of files on both of those pages.

25     Q    It has 2008, 2009 and 2010.  Okay.  And --

Page 250

1    A    And you've got a 2011 on the next page --

2    Q    Right.

3    A    -- using the same directory.

4    Q    Correct.  And so what?  So what -- so let's --

5         MR. TROUBLEFIELD:  Objection.

6    BY MR. RASCO:

7    Q    If you were provided 2011 code, wouldn't that

8    be appropriate?

9    A    I understood that this was 2009 code, Enabler,

10   that we were supposed to be comparing.

11   Q    You were actually asked -- your attorney asked

12   for all the versions, and he was given the versions

13   through 2011.  Does that explain the mystery?

14   A    The differentiation of versions hasn't been

15   made to us, and we still haven't gotten the -- so

16   until -- until somebody can tell us the versioning

17   process that's used and that we were given modified code

18   right up until 2012, and all versions of modified

19   code -- and I don't see how you can use that as a

20   comparison to 2009 code, because how do you separate out

21   2009 code from 2012 code?

22   Q    Hey, I agree with you, but it was demanded.  We

23   were asked to provide code past 2009.  We did.

24   A    Usually, when you're asked to provide versions,

25   at least on the contracts that I'm familiar with, you

Page 251

1      vault the various versions that you have declared, and

2      you do that so that you can go back to previous versions

3      if there are problems.

4          Q    I understand.  So we're talking --

5          A    So instead of getting vaulted versions, you

6      essentially -- XTec did a data dump.

7          Q    Right, at CardSmart's request.  Tell me what

8      were the changes that you claim were made on January

9      5th, 2011.

10             MR. TROUBLEFIELD:  I understand the time.

11         Thank you.

12             THE VIDEOGRAPHER:  Excuse me, sir.  I need to

13         change my tape.

14             MR. TROUBLEFIELD:  It's time, too.

15             MS. DUFOR:  I have to leave now.

16             MR. TROUBLEFIELD:  She has to leave.

17             MR. RASCO:  Well, I need to know what changes

18         were made, because this witness obviously wasn't

19         aware of what he was looking at.  He's making --

20             MR. TROUBLEFIELD:  Well, he -- you know what?

21         You keep saying --

22     BY MR. RASCO:

23         Q    Tell me what changes were made to the code

24     before we go off the record.

25             MR. TROUBLEFIELD:  No, no.

Page 252

1    BY MR. RASCO:

2        Q    Please tell me what changes were made to the

3    code.  Can you?

4            MR. TROUBLEFIELD:  Stop.

5    BY MR. RASCO:

6        Q    Can you tell me what the changes were?

7            MR. TROUBLEFIELD:  Stop, Mr. Rasco.

8            MR. RASCO:  No, I want him to answer that

9        question.

10           MR. TROUBLEFIELD:  Stop.

11           Can you answer his one question, because your

12       nurse has to go?

13       A    I can't -- I only know that the file was

14   changed on that date, and it's -- and it's comprised in

15   a directory.  And there's -- it's obvious that multiple

16   files have changed in that directory.  This is not a

17   copy function.  This is a change function where a file

18   that has been modified has been placed back into a

19   directory.

20   BY MR. RASCO:

21       Q    Okay.  What change was made?

22       A    That's the second question.

23       Q    No, that was my first question.  What was the

24   change?  What changes were made to the files?

25           MR. TROUBLEFIELD:  If you can answer that in

Page 253

1      the next 30 seconds --

2      A    Without looking at source code, I can't -- and

3    knowing the version instances and being provided in

4    proper sequence the version instances by XTec, you can't

5    tell what changes were made in the code.

6    BY MR. RASCO:

7      Q    Okay.  All the modifications -- and all the

8    modifications that you're saying were made were made as

9    a result of your seeing metadata changes --

10          MR. TROUBLEFIELD:  We're done.

11   BY MR. RASCO:

12     Q    -- past 2009?

13          MR. TROUBLEFIELD:  We're done.  The nurse has

14      to go, and we're well beyond having a discovery

15      deposition.

16          THE WITNESS:  Thanks very much, Patty.

17          THE VIDEOGRAPHER:  The time is approximately

18      12:03 p.m., and we are concluding the deposition.

19          MR. RASCO:  I'm going to stay on the record, as

20      far as the -- I would like to stay on the record for

21      one more minute.

22          This witness is here testifying as to his

23      opinions, and he's -- and the time has run out,

24      because I understand we have to take many breaks,

25      and that's fine.

Page 254

1        But I'm not completed with my examination, and

2    I just want to let the record reflect that.  And

3    Mr. Troublefield is directing that we have to stop.

4        MR. TROUBLEFIELD:  Well, number one, you were

5    late yesterday.  We accommodated that.

6        Number two, his nurse has to leave.  I'm not

7    putting this witness in further jeopardy.  This

8    examination has increased his blood pressure beyond

9    the point that the nurse thinks that he can

10   continue, and that we already -- this is not a

11   discovery deposition.  This is supposed to be for

12   Daubert.  You saw the judge's order last night.  You

13   continue to now try to explore new theories, so I am

14   objecting to that.  You had more than enough time to

15   complete a Daubert examination.  So I disagree with

16   your statement that your deposition is not complete.

17   I completely disagree, and it's inappropriate.

18       MR. RASCO:  All right.  I'm going to respond.

19       MR. TROUBLEFIELD:  But I'm not putting this

20   witness into further medical risk by this

21   proceeding.  He's not proceeding without his nurse,

22   based upon the recommendation of a medical

23   practitioner that is beyond my expertise.

24       MR. RASCO:  All right.  Part of the Daubert

25   examination is to determine whether he took his

Page 255

1    skill set and his credentials and he applied it to

2    the facts of this case.  I believe that he is so

3    unfamiliar with the facts of this case in that he

4    does not know what he reviewed, that his testimony

5    is objectionable under the Daubert test and 702 and

6    403, because he's testifying based upon speculation,

7    assumption as to what he thinks he saw.  And it

8    is -- his assumptions are incorrect, and, therefore,

9    his testimony is far more prejudicial than it is

10   probative.  It's unreliable, and it should be

11   stricken.

12        MR. TROUBLEFIELD:  Well, one -- -

13        MR. RASCO:  And that's exactly where I was

14   going.

15        MR. TROUBLEFIELD:  403 and 702, you have

16   misstated facts to this witness with regard to what

17   the code was providing, what was downloaded.

18        I mean, we can get into this on the record.

19   It's probably not appropriate to do in front of the

20   witness.  But so your supposition, your proposition

21   for your statement that you just made is completely

22   disputed by the defendants, and we'll take this up

23   with the court.

24        MR. RASCO:  Okay.  May I continue my

25   deposition?

Page 256

1          MR. TROUBLEFIELD:  No.

2          MR. RASCO:  All right.

3          MR. TROUBLEFIELD:  No.

4          THE VIDEOGRAPHER:  All right.  It's

5     approximately 12:06 p.m., and we're concluded.

6          (The deposition was concluded at 12:06 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 257

1                  REPORTER'S CERTIFICATE

2

3    STATE OF FLORIDA

4    COUNTY OF SARASOTA

5

          I, Margaret A. Barlow, RMR, certify that I was
6    authorized to and did stenographically report the
     deposition of JOHN JORGENSEN; that a review of the
7    transcript was requested; and that the transcript is a
     true and complete record of my stenographic notes.

8

9

          I further certify that I am not a relative,
10   employee, attorney, or counsel of any of the parties,
     nor am I a relative or employee of any of the parties'
11   attorney or counsel connected with the action, nor am I
     financially interested in the action.

12

13

          Dated December 16, 2014.

14

15

16          _____
            Margaret A. Barlow, RMR

17

18

19

20

21

22

23

24

25

| & | |
|---|---|
| **&** | 188:7 |

| 0 | |
|---|---|
| **06/17/2007** | 202:15 |
| **07068-1739** | 188:8 |
| **0806** | 238:21 |

| 1 | |
|---|---|
| **1** | 227:8 247:1 |
| **1/18** | 248:3 |
| **1/18/2013** | 202:4 202:6 203:3 247:25 |
| **10:48** | 216:8,10 |
| **10:51** | 216:11,13 |
| **10th** | 196:4 |
| **11-22866** | 187:2 |
| **11/7/2007** | 202:16 |
| **11:00** | 242:9 |
| **11:01** | 242:19 |
| **11:02** | 242:19 |
| **11:17** | 235:21,23 |
| **11:29** | 235:24 236:1 |
| **12** | 245:14 |
| **12:03** | 253:18 |
| **12:06** | 187:14 256:5,6 |
| **12th** | 245:18 |
| **15** | 198:24 200:11 |
| **16** | 187:13 257:13 |
| **16th** | 189:3 |
| **187** | 187:24 |
| **189** | 188:17 |

| 2 | |
|---|---|
| **2** | 187:23 |
| **2007** | 201:24 |
| **2008** | 206:5 249:25 |
| **2009** | 206:4 249:25 250:9,20 |

250:21,23 253:12
| **2010** | 249:21,25 |
| **2011** | 206:6 249:21 250:1,7,13 251:9 |
| **2012** | 206:5,9 214:24 237:12 242:1 244:17 245:12,15,19 247:16,23 248:6 250:18,21 |
| **2012/10/19** | 236:14 |
| **2013** | 206:5 |
| **2014** | 187:13 189:3 257:13 |
| **20900** | 188:3 |
| **240** | 187:15 |
| **257** | 187:24 188:18 |
| **26** | 211:14 212:7 |
| **27th** | 201:24 |
| **2nd** | 244:17 245:12,15,19 247:16,22 248:6 |

| 3 | |
|---|---|
| **3** | 245:25 246:3,6 247:1 |
| **30** | 253:1 |
| **305** | 188:4 |
| **30th** | 188:3 |
| **33180** | 188:4 |
| **363** | 201:9,16 202:10,19 |

| 4 | |
|---|---|
| **4** | 210:18 |
| **4/2/12** | 244:8 |
| **4/2/2012** | 242:9 242:25 246:7 247:5 |
| **403** | 255:6,15 |
| **474** | 202:20 |

| 5 | |
|---|---|
| **5** | 188:7 |
| **5th** | 251:9 |

| 6 | |
|---|---|
| **6/17/2007** | 201:22 |
| **6/26** | 202:2 |
| **600** | 188:3 |
| **66** | 211:13 |
| **666** | 198:14 |
| **6th** | 187:15 |

| 7 | |
|---|---|
| **7** | 196:3 |
| **702** | 255:5,15 |

| 8 | |
|---|---|
| **806** | 198:12,22 203:18 210:5 |

| 9 | |
|---|---|
| **900a** | 189:25 190:2 |
| **92** | 203:18 |
| **937-0300** | 188:4 |
| **9474** | 200:9 201:2 201:2,5 |
| **9498** | 242:5,7,17 247:16,17 |
| **9519** | 210:14 216:16 217:2 220:6 231:9 |
| **9520** | 222:18 |
| **973** | 188:8 |
| **9798** | 249:12,15 249:22 |
| **9799** | 249:14 |
| **994-1700** | 188:8 |
| **9:48** | 187:14 189:3 |

| a | |
|---|---|
| **a.m.** | 187:14 189:3 216:10,11,13 235:23,24 236:1 |
| **able** | 191:10,13 198:25 207:4 |

214:11 216:2
219:20 220:1
238:16,22
| **absolutely** | 233:14 235:18 |
| **accept** | 228:13 230:17 |
| **access** | 195:5 213:19,24 214:2 |
| **accommodated** | 254:5 |
| **accumulated** | 202:15 |
| **acquisition** | 194:16,20,20,24 194:25 |
| **action** | 257:11,11 |
| **actual** | 209:15 219:18 240:6 |
| **added** | 202:3 |
| **additional** | 196:19 197:10 |
| **addressed** | 239:18 |
| **affect** | 192:11 216:18 |
| **agnello** | 188:7 |
| **agree** | 214:14 240:13 250:22 |
| **agreed** | 235:4 |
| **ahead** | 200:9 249:5 |
| **albert** | 198:19 |
| **alberto** | 188:13 |
| **alert** | 208:17,20 213:8 216:17,22 229:13,14 |
| **alerted** | 223:2 |
| **algorithm** | 192:3 |
| **alleges** | 207:19 |
| **allow** | 191:19 |
| **amount** | 218:11 |
| **analysis** | 192:20 195:13 216:1 245:20 |

analyst 192:13
analytical 191:19
analyze 192:7,7
analyzing 192:6
answer 209:9,10
  211:1,2,3 229:20
  237:8 244:2
  248:12 252:8,11
  252:25
answered 226:3
answers 234:17
antonio 188:13
anybody 214:9
anyplace 213:3
  224:10
anyway 216:21
appear 204:13
  215:17 222:2
  224:10 239:24
  242:18
appearances
  188:1
appeared 215:16
  242:5,8,23
appears 201:20
  217:7 222:4,24
  223:14,25 224:1,7
  224:11 225:13,22
  226:6,12 239:3
  241:4 249:19
application
  192:10,24 219:18
applications
  218:4,16,17,20
  219:10
applied 255:1
appropriate
  250:8 255:19
approximately
  189:3 216:8,12
  235:25 253:17
  256:5
april 244:17
  245:12,14,15,18
  245:19 246:13

247:16,22 248:6
area 241:22
areas 222:15
argue 235:6
argument 219:13
arner 188:13
arriving 226:14
arteries 235:20
asked 199:5,8
  200:12 205:19
  206:11 207:1
  216:18 220:10
  226:3 227:7
  234:15,16,18,21
  239:6 248:23
  250:11,11,23,24
asking 206:17
  223:9 226:23
  227:21 228:13
  247:14,14
assigned 215:2
associated 192:8
  192:9 193:4,5
  217:7,23 218:2,20
  220:11,12,15
  221:5,6
assume 216:19
  218:1 227:8,16,21
  239:6
assumed 196:23
  214:15
assuming 196:2
  228:20
assumption
  196:5 240:15,19
  240:23 255:7
assumptions
  255:8
atomic 234:19
  235:1,3
attached 196:17
  196:19
attorney 188:5,9
  245:7 250:11
  257:10,11

attribute 220:7
  223:22,24
august 201:24
authentx 201:14
  202:7 217:21,22
  218:1,2,3,16,17
  218:21 219:5,8,14
  222:8
authorized 257:6
available 194:2,8
  209:4 230:8 249:3
aventura 188:4
avenue 188:3
avg 190:13
aware 194:1,7
  195:2,9,12,23
  196:7,25 207:18
  207:21,22,24
  208:5 209:2,9,23
  209:25 210:24
  211:6,22 229:12
  229:19 230:6,9,11
  243:6 245:9
  246:17 251:19

**b**

back 216:13
  220:13 236:1
  246:12,12 251:2
  252:18
backed 244:13
background
  215:4
backup 242:8,16
  244:9,11,17,24
  247:9,11
backups 242:15
  242:18,24
barlow 187:21
  257:5,16
based 205:9
  213:15 214:3
  216:24 230:23
  231:12 239:14,15
  254:22 255:6

basic 192:1,2,4
  222:3
bear 216:2
becker 188:7
began 212:2
beginning 243:18
believe 189:21
  190:7 200:19,22
  203:5 207:11
  208:22 220:10
  221:5 223:6
  248:19 249:16
  255:2
beneath 224:1
best 230:20
better 242:2
beyond 241:7
  253:14 254:8,23
big 210:4
bill 194:17,22
  195:5
bimsted 209:25
blood 235:11
  254:8
blow 235:19
book 198:8,9
  201:11 210:5,11
  218:8,12 222:13
  222:15 235:8,9
  236:18,23 237:1
  238:21 248:24
  249:8
bottom 201:7
  210:14
boulevard 187:15
break 216:7
breaks 253:24
brody 188:7
brought 206:12
bunch 224:22
  225:1 229:22
byrne 188:7

| c |
| --- |

**c** 201:9
**call** 193:23 223:2
  229:13 230:15
  232:15,19,19
  233:2,3,3 238:12
**called** 190:14
  221:19 237:19
  239:16 240:1
**capability** 220:2
**capable** 226:16
**capture** 212:16
**captured** 207:20
  207:25 208:7,12
  209:3,15 210:25
  211:7,23,24
  212:10,11,16,18
  213:2,3,6 216:17
  216:22 223:2
  224:9,12 229:13
  229:21,22,24
  230:3,8,15 231:10
  232:15,17,18
  233:2 243:17,22
  244:6
**cardsmart** 187:7
  195:3 207:19,21
  208:1,6,15,24,25
  209:3,20 210:17
  210:20 211:8,10
  211:10,12,20
  212:2,2,11,13,18
  212:20 213:9
  216:16,20 217:5
  217:11 220:23
  221:6,7,20 222:22
  222:24,25 223:15
  223:25 224:2,12
  224:12,15 225:15
  225:16,17,17,23
  226:8,12,13,13,14
  227:10 229:5,12
  229:23,24 230:3,6
  230:8,14 231:9,10

232:14,16,24
238:4 239:17,19
241:3,4,5,5
243:24 248:13
**cardsmart's**
  225:2 227:18
  229:6 251:7
**carella** 188:7
**carellabyrne.com**
  188:9
**case** 189:20
  190:13,14,20
  193:18 214:10
  233:5 255:2,3
**cases** 189:13,18
  190:4,9 191:2
**cause** 229:9
**cecchi** 188:7
**certain** 203:2
**certainly** 194:14
  229:9 230:16,17
  230:18 244:23,23
**certainty** 204:21
  204:22,24 230:25
  231:15
**certificate** 188:18
  257:1
**certify** 257:5,9
**change** 207:10
  216:6 229:7
  249:13,16 251:13
  252:17,21,24
**changed** 193:10
  193:12 207:5,5,7
  214:24 230:2
  252:14,16
**changes** 206:7,11
  206:18,20,23
  207:9,12,19,20
  208:1,7,11,12,15
  208:15,19,24,25
  209:1,13,15,20,21
  210:1,3,8 211:9
  211:10 212:12
  223:3 241:25

243:22,22 249:9
249:19,21 251:8
251:17,23 252:2,6
252:24 253:5,9
**check** 235:11
**circular** 223:11
**circumstances**
  194:18
**civ** 187:2
**civil** 187:20
**claim** 207:22
  241:25 248:21
  251:8
**claiming** 225:10
**claims** 207:25
**clarify** 240:13
**clear** 209:12
**client** 193:22
**clients** 193:23
**code** 189:13,14
  190:4,17,18,20,22
  190:24 191:1
  196:10 197:17
  198:5 199:12,14
  199:16,19,22,22
  201:12 207:9,20
  207:20,25 208:1,2
  208:6,7,15,16,25
  209:3,18,21,22,24
  210:17,20,25
  211:7,11 212:3,10
  212:11,16,18,20
  213:8,25 214:4
  216:16,20 217:15
  217:23,24 219:17
  220:2,3,10 221:3
  221:4,5,6,6,20,21
  222:8,21,22,22
  223:3,20 224:8,11
  224:12,15,16,22
  225:2,2,15,16,16
  225:17,17,18,20
  225:23 226:7,8,9
  226:10,11,13,13
  226:14,14,17,20

226:21 227:9
228:8 229:5,12,12
229:23,23,24
230:1,2,3,7,8,14
230:15 231:9,10
231:19,19,21,23
232:14,17,18,24
232:25 233:1,22
234:7,22,24,24
235:4 236:11,12
236:16 237:11,19
237:21 238:7
239:17,20,24
240:6,11,21 241:2
241:3,5,6,11,18
243:22 244:20
245:7 247:1 248:4
249:9,16,19,21
250:7,9,17,19,20
250:21,21,23
251:23 252:3
253:2,5 255:17
**coders** 228:6
**collect** 191:10
  192:25 193:3
**column** 202:1
**combination**
  190:12
**come** 215:1
  233:15 243:7,8
  244:12
**common** 221:17
**compare** 245:21
  245:22
**comparing**
  225:15,16 226:13
  241:5 250:10
**comparison**
  189:14 190:5,17
  190:20,22,25
  191:1 226:22
  245:3 250:20
**compilation**
  195:8

**[compile - demonstrate]**

**compile** 213:21
**compiled** 201:21
 234:22,24
**complete** 254:15
 254:16 257:7
**completed** 254:1
**completely**
 240:17 254:17
 255:21
**comprised** 252:14
**computer** 191:11
 191:24 193:16
 194:22,23 195:10
 196:23,25 197:17
 198:6 199:19
 200:18 203:10,11
 205:10 206:1
 215:4 230:4 243:4
**concerning** 207:8
 210:11 225:8
 236:5
**conclude** 224:14
**concluded** 256:5
 256:6
**concluding**
 253:18
**conclusion**
 225:24 226:1,14
 226:17 228:20,22
 228:22 229:1
**conclusions**
 224:4 232:12
**confirm** 197:4
**confusing** 208:10
**conjunction**
 225:10
**connected** 257:11
**consider** 228:11
**considerable**
 218:11
**consist** 195:25
 200:3
**consistency**
 191:20

**contained** 200:4
**containing**
 236:11
**contends** 204:18
**contents** 203:18
**context** 203:21
**continuation**
 189:1
**continue** 222:17
 254:10,13 255:24
**continued** 187:11
 188:17 189:5
**continues** 222:3
**contracts** 250:25
**control** 194:3
 243:11
**controls** 244:6
**conversation**
 220:20 221:1
**conversations**
 234:19
**copied** 194:13
 202:4,5 203:3
 209:1 213:10
 224:22 225:1,2,6
 225:11 226:7,11
 229:22 243:12,14
 245:3
**copy** 190:2 247:5
 247:8,24 248:3
 252:17
**copying** 212:2
 226:6 239:17,19
 241:3 249:19
**copyright** 206:19
 207:9,11
**core** 217:12,13,21
 217:21,22 218:2,4
 218:16,18,21
 219:5,8,14
**corporation**
 187:4,8
**correct** 189:10,14
 191:8,14 192:6,15
 193:21 195:15,16

 196:13,16 197:1
 203:7,10 207:3
 210:24 213:18
 214:6 215:15,18
 217:12,13,18,25
 218:23 222:7
 225:12 229:17
 232:9 238:10,24
 238:25 239:25
 244:18 245:11,15
 245:20 246:18
 247:23 248:4,5,8
 248:9 250:4
**correctly** 207:12
**corroborate**
 230:19
**counsel** 187:17
 230:6 257:10,11
**county** 257:4
**course** 237:25
 239:4
**court** 187:1 214:5
 255:23
**created** 201:21
 202:12 212:2
 229:4 244:17
**credentials** 255:1
**credibility** 215:15
 215:21 216:3
**credible** 215:16
 215:17,18,18
**cross** 188:17
 189:5
**cs** 210:21 211:9
 217:5 220:6
**csdb** 222:21
**currently** 227:5

|  d  |
|---|

**d** 190:5 198:12,14
 198:22 203:18,18
 210:5 211:13
 238:21
**data** 190:6 191:10
 191:10,12,16,17

 191:18 192:9,12
 192:21 193:1,14
 193:17,19 202:22
 204:1,6 205:1
 214:12,15 215:22
 216:1 223:18,18
 245:21,22 251:6
**database** 191:3
 222:25 223:15,17
**date** 187:13
 201:18,20,25
 203:9 204:16
 205:17 244:7
 245:2,14,14,14
 246:5,10,11,25
 247:6 248:6
 252:14
**dated** 246:12,12
 257:13
**dates** 201:23
 247:22 248:9
 249:17,18
**daubert** 254:12
 254:15,24 255:5
**dave** 221:1,3
**david** 187:8
**day** 194:25 203:5
 203:7
**deal** 218:22
**december** 187:13
 189:2 257:13
**decide** 214:9
**decipher** 204:14
**declared** 251:1
**deduced** 195:13
**defendants** 187:9
 187:17 188:9
 255:22
**degree** 204:20,22
 230:25 231:14
**deman** 190:5
**demanded** 230:7
 250:22
**demonstrate**
 237:11

**demonstrates** 237:9
**depends** 242:16
**deposition** 187:12 189:2 206:10 209:13 253:15,18 254:11 254:16 255:25 256:6 257:6
**depositions** 194:12
**derive** 220:2
**describe** 191:3 201:4
**descriptions** 219:7
**desktop** 199:25 200:1,14 201:9
**detailed** 208:11
**determine** 191:20 193:2,2 203:1 215:14 233:5 254:25
**determined** 194:19
**develop** 191:20
**developed** 219:11 219:12
**device** 199:10 200:14,18 203:6
**difference** 218:3 218:23 242:13
**different** 191:22 191:23 195:9,9 198:14 199:5 200:25 203:16 205:11 227:24 228:5,5,6 237:23 238:15,23 249:1
**differentiate** 200:12 219:2,16
**differentiation** 250:14
**difficult** 197:22

**digital** 192:12,21 193:19
**directing** 254:3
**directories** 197:21,24 204:18 213:21 214:23 222:10 232:3,20 236:6,9,10 237:10 238:9 240:5,7 241:12,19,20
**directory** 195:19 201:1,7,8,12,15 202:4,5,14,15 203:11,14 204:12 210:4,14,15 212:22 214:24 216:15,25 217:4 220:5 221:13,16 221:17,25 222:1 222:13,20 231:22 231:25 232:4,6,8 236:23 237:1,3,19 237:20,23 238:3,5 238:10,23 239:9 239:14 241:13 249:20 250:3 252:15,16,19
**disagree** 254:15 254:17
**disappeared** 243:23
**discern** 218:13,15
**discerned** 202:22
**disclose** 236:21
**discover** 207:15
**discovery** 187:18 202:22 253:14 254:11
**discussed** 236:22 237:6
**disk** 194:23
**disputed** 255:22
**distinguish** 217:20

**district** 187:1,1
**document** 198:14 203:19,20 236:19
**documentation** 213:5
**documents** 196:9
**doing** 190:22 195:15 200:24 207:16 234:7
**don** 188:12
**downloaded** 255:17
**draw** 229:1 236:20
**drive** 196:12,15 196:17 197:11,12 197:15,18 198:7 236:13 245:10,24 246:3
**dufor** 188:12 235:13,16 251:15
**dump** 202:22 204:1,6 251:6

**e**

**e** 190:5
**earliest** 205:17
**easier** 191:16 194:19
**easily** 202:21 246:10
**eduardo** 188:2
**eighteen** 205:14
**eir** 188:5
**eiras** 196:9,10 209:12 225:9,15 226:10 239:1,1 241:1,5,9 245:3,8 245:13,18,20,21 246:4,5,6,25 248:7,14
**eiras's** 239:16,19
**either** 194:8 206:2 223:18 240:10

**electronic** 221:24
**employee** 257:10 257:10
**enabler** 210:15 218:10 220:7,11 220:19,23 225:18 227:2,5,8,16 229:5 233:22,23 236:14 239:7 245:25 246:3,6 247:1,1 250:9
**enableraccessad...** 201:10
**enablerauthentx** 201:9
**enablerpcs** 210:18
**ends** 217:5 220:6 222:20
**engineers** 190:21
**entire** 221:25 224:6
**esi** 204:1
**esquire** 188:2,6
**essentially** 200:12 251:6
**establish** 191:11
**established** 213:1 215:21
**evaluation** 193:13,15
**eventually** 218:22
**evidence** 232:20 242:1
**exactly** 190:14 192:16 200:2 211:9 213:7 215:9 228:10 233:10 255:13
**examination** 188:17 189:5 191:4 193:20 195:25 196:14,15 196:23 197:1

[examination - front]                                                                                         Page 6

204:15 208:3
209:18 230:7
245:9 254:1,8,15
254:25
**examine** 191:15
**examined** 206:1
**examines** 191:14
**examining**
201:13
**example** 200:9
201:24 226:11
239:4,17,18,19
240:4 241:3,8
242:2,6
**examples** 242:3
249:8
**excuse** 216:5
230:16 236:7
251:12
**exhibit** 189:22
198:12 203:18,24
210:6 211:12
236:4 238:21
241:23
**exhibits** 188:20
**exist** 242:25
**existed** 192:23
203:1 227:17
**existence** 243:10
**existing** 214:3
**exists** 238:22
**expert** 189:13
192:21 214:19
240:4
**expertise** 213:16
254:23
**explain** 205:4
250:13
**explained** 205:3
247:4
**explains** 248:9
**explanation**
212:12,15 245:17
246:17,20,21,22

**explore** 254:13

**f**

**f** 194:15
**fabrication** 233:6
**fact** 193:7,8
196:22 209:14
214:11 225:13
226:12 231:12
236:15 237:9
238:4 247:11,15
**facts** 203:25
255:2,3,16
**fairly** 209:14
242:23
**false** 233:14
**familiar** 196:24
250:25
**far** 224:14 244:8
253:20 255:9
**farm** 188:7
**feature** 223:2
**federal** 187:19
**fernandez** 188:13
198:20 205:19
219:8 229:22
234:15,16,18,22
**fernandez's**
209:13
**figure** 202:23
**file** 192:8 195:14
195:19,19 196:2
196:18,19 197:3,6
197:8,9,13,13,14
212:24,25 217:1,8
217:11,12,15
221:19 223:1,12
223:25 224:5,6
225:11 238:2,2,3
238:6 239:2,11,15
240:1,13 241:2,2
241:3,4,9 245:7
245:18 246:9
252:13,17

**filed** 194:4 243:23
**files** 192:9,11
194:12,13 195:8,9
195:10,23,24
196:25 197:10,17
199:8,16,18,21
200:3,4,6,13,14
200:17 201:4,10
201:12,21 202:3
203:3,10 206:12
206:25 207:1,2,4
207:6,7 211:19,22
212:23 213:2
214:5,7,8,23,25
215:4,5,5,7,10
223:4,5,7 224:2
225:8 236:10,14
238:22 240:7,21
241:19 242:22
243:7,8,12,14,17
244:4,6,12,13,20
244:24 245:3,13
245:23,25 246:2,7
246:15 248:7,13
249:24 252:16,24
**financially** 257:11
**find** 219:19
222:10 242:2
249:7
**fine** 253:25
**finish** 208:23
209:10 211:2
226:24 227:14
229:20 237:8
248:12
**finishes** 235:11
**first** 193:24
195:24 196:2,23
197:1,9 199:12,14
199:16,19,22
200:17 202:1,18
216:20 222:20
224:19 231:17
252:23

**fisher** 187:8 221:2
221:3
**fit** 192:17 202:24
213:13 236:23
**flip** 202:20
**floor** 187:15
**florida** 187:1,3,16
187:22 188:4
257:3
**fn** 217:8 221:19
225:11,22,23
226:11,25 227:3,4
227:19,25 228:6
229:2,10 231:25
232:11,23 237:4
238:3,6,11 239:2
239:12 240:1,11
240:14,16,20
241:2,9
**focus** 239:4
**follow** 198:9
**followed** 206:3
**forensic** 191:3,5,6
191:7 192:21
193:20,25 194:5
213:12 230:21
233:4 236:14
**forensically**
192:15
**forensics** 190:21
192:13
**form** 194:9 209:5
212:4 215:19
218:5 219:24
227:11 233:20
238:18 240:18
241:14 242:20
**format** 191:16
**found** 207:11
213:9 232:20
241:4,9 243:21
**four** 246:7
**frame** 206:9
**front** 255:19

**full** 222:20
**function** 216:23
  216:24 238:11
  252:17,17
**functional** 220:2
**functions** 221:7
  234:20 235:1,4
**funeral** 219:11
**further** 214:16
  229:9 254:7,20
  257:9

**g**

**g** 188:6
**general** 231:4
**generalities**
  219:3 231:17
**generally** 236:6
**getnumber** 217:8
  221:12,15,19
  222:6,9 225:11,19
  225:22,23 226:11
  226:16,25 227:3,4
  227:9,17,19,25
  228:6,14 229:2,6
  229:10 231:25
  232:11,23 237:4
  237:18,20,22
  238:3,5,6,8,10,11
  239:2,7,9,10,12
  239:23 240:1,11
  240:14,16,20
  241:2,9,17
**getting** 251:5
**give** 203:17
  230:24 231:14
**given** 225:21
  237:20 239:14
  243:24 245:18
  246:9,10 250:12
  250:17
**gives** 237:1
**giving** 222:14
**glennon** 188:6

**go** 200:9,9 202:1
  207:14 211:13
  220:13 235:8,17
  247:15,20,20
  249:5 251:2,24
  252:12 253:14
**goes** 193:13,15
**going** 190:9
  197:21 198:16
  210:7,10 211:13
  216:7,9 222:14,15
  227:7 228:2,7
  235:6,22 236:18
  236:19 237:15
  239:4 244:11
  249:4 253:19
  254:18 255:14
**good** 189:7,8,12
  213:11 235:16
  246:11,11
**gotten** 250:15
**grab** 202:19
**graphical** 217:19
  219:10
**greater** 215:2
**group** 214:25
**gtroublefield**
  188:9
**guess** 241:21
**gui** 217:13,17,22
**guis** 217:20 218:1
  218:4

**h**

**half** 201:8
**handed** 205:10
  245:20
**happened** 193:2
  212:1
**happening**
  193:15
**hard** 194:22
**hash** 191:20,22
  192:1,2,3

**head** 190:16
  197:23 205:13
**heading** 236:14
**hear** 198:18
**help** 191:11 214:9
  239:2,3
**helps** 189:19
**hey** 250:22
**hidden** 234:14
**hiding** 234:9
**hierarchy** 232:2,3
**higher** 212:22
**hired** 204:17
**hodgepodge**
  214:12,15,18,20
  214:22
**hold** 226:24
  242:10 249:13,15
  249:15,22
**home** 223:2
  229:13,13 230:15
  232:15,19 233:3,3
**honors** 219:11
**huh** 210:19
  211:21
**hunt** 187:2
**hypothetical**
  227:14 228:12,18
**hypothetically**
  227:8

**i**

**idea** 233:8,10,14
  234:25 235:16
  244:12
**ident** 200:17
  227:21
**identical** 227:10
  227:22,25 228:14
  229:6
**identified** 202:9
  204:11 209:7,11
  223:5,7 225:4
  229:18 231:10
  232:18 233:1

241:1
**identify** 198:7,25
  200:17 206:20
  214:11 218:3
  225:4,5
**identifying** 223:8
  232:24
**image** 191:3,6,6,7
  193:20,25 194:6
  213:12 230:21
  233:4
**imbedded** 224:16
**immediately**
  216:17
**important** 207:10
**inappropriate**
  254:17
**included** 198:6
  208:6 232:6
  245:25 246:1
**including** 197:18
**incorporated**
  187:3,7
**incorrect** 196:5
  226:17 228:21
  240:17 255:8
**increased** 254:8
**incremental**
  238:14
**index** 188:16
**indexing** 228:3
**indicate** 203:9
  227:4
**indicated** 189:12
  190:5
**indication** 207:23
**individual** 187:8
**industry** 192:12
**information**
  191:24 192:25
  193:3,6,9,12,12
  194:11 195:20
  197:22 205:22
  207:8 213:20
  214:16,18,20,23

220:25 222:11
226:21 229:1
230:13,18 234:9
234:14,14 248:23
**initial** 196:8 199:9
236:16
**initially** 195:24
236:11
**inserted** 249:20
**insignificant**
246:20
**inspection** 203:7
214:1
**instance** 225:22
**instances** 253:3,4
**intend** 203:17,19
203:23 210:6
225:8 235:8 236:4
236:20 241:22
248:20,24
**interest** 193:16
**interested** 257:11
**interface** 217:19
220:14,16,17
**interfaces** 219:10
**investigate** 192:8
**investigation**
205:10
**involved** 190:4,20
**involving** 189:13
**issues** 225:9
**item** 235:8
**items** 236:4

**j**

**jan** 225:9,15
226:10 241:1,5
245:3,8,13 246:25
**january** 251:8
**jeopardy** 254:7
**jersey** 187:7
188:8
**john** 187:12 189:2
257:6

**jorgensen** 187:12
189:2,7 235:10
257:6
**jpg's** 220:15
**judge's** 254:12
**june** 246:12
**jury** 225:8 236:21
244:11

**k**

**kaplan** 188:2
**keep** 251:21
**kept** 197:13
**knew** 232:16,16
232:17
**know** 192:16
195:24 197:25
198:1,1 199:3
200:8,16 201:18
201:20 202:7,11
203:2 204:10,14
205:7,11,17 206:2
206:4,6,7 207:13
207:18 209:17,20
212:8,9 213:3
217:17,17 219:5
223:1,9,12,13,14
223:16,19 224:20
228:25 229:2
230:14 231:1,12
231:16,18,19,24
231:24 232:8,12
232:14,22,24
233:7,8,11,18
234:25 236:17
237:21 242:10,12
244:13 246:1,11
246:25 247:8
248:2 251:17,20
252:13 255:4
**knowing** 246:14
253:3

**l**

**laptop** 196:15,18
196:20,25 197:8
197:14,18 201:13
209:19 234:10,11
234:12
**large** 187:22
**late** 254:5
**latest** 205:23,25
**lawsuit** 194:3
243:23
**lawyer** 205:3,4
**lead** 224:13
**learned** 247:2
**leave** 251:15,16
254:6
**left** 211:15
**line** 228:15,15,16
228:16
**lines** 228:8
**list** 189:18 222:1
223:4,5,7 233:13
236:9,10 249:24
**listed** 239:9,11
**listing** 224:11
236:23
**listings** 214:25
237:2,3
**litigation** 224:17
243:17,18
**llc** 188:2
**loaded** 196:15
203:10,13,14
204:18
**location** 222:12
232:23
**logical** 245:17
**long** 229:4
**longer** 194:8
**look** 189:19 199:8
199:16 202:13
204:2 210:4
211:12 219:18
220:1 228:7

241:17 245:13
247:14,21 249:17
**looked** 194:12
196:3 197:3
208:23,23 232:9
240:10 242:22
244:25
**looking** 191:12,18
191:21 193:1,14
195:15,18,18,19
195:22 198:1,12
198:13,22 199:4,7
199:12 200:10
201:5 202:18,20
204:15 209:18
212:9 215:22
223:6,10 229:11
230:14 231:1,13
231:16,18,20
232:9,10,13 238:9
240:2,5,7,9
241:12,19 242:17
242:18 246:5
248:21 251:19
253:2
**looks** 202:14
**lot** 205:11 220:15
**lots** 247:6

**m**

**m** 190:5
**machine** 216:21
216:23 242:24,25
244:14
**making** 211:10
215:15 243:21
251:19
**margaret** 187:21
257:5,16
**marking** 210:13
**matt** 188:14
**matter** 191:23
236:25
**mcclain** 188:11

**mean** 199:2 211:9
214:7 221:17
230:1,2,4 231:3
232:12 238:7
239:11,13 244:10
255:18
**meaning** 203:20
**means** 229:19
230:3 238:8
248:10,13
**medical** 254:20
254:22
**mess** 213:22
**met** 245:12
**metadata** 191:8,9
191:14 192:6,8,14
192:23 193:4,7,10
193:11 195:15,18
202:13 245:14
246:15 247:22
253:9
**methodology**
214:4
**michael** 188:11
**microsoft** 190:13
**mincing** 247:13
**minute** 218:17
253:21
**minutes** 198:24
200:11
**misstated** 255:16
**mitchell** 194:17
194:22 195:5
**modifications**
237:12 241:25
248:19,21,22
249:1 253:7,8
**modified** 207:1
250:17,18 252:18
**moreno** 187:2
**morning** 189:7,8
**mouth** 193:24
**multiple** 202:18
252:15

**mute** 198:19
**muting** 198:20
**mystery** 250:13

**n**

**n** 190:5
**name** 190:3 213:9
231:18 237:20,23
238:23 239:14
240:3,3
**named** 238:5,6,10
238:14 239:9
240:14,15
**names** 189:17
214:8 241:13
**navy** 219:11,13,14
**ne** 188:3
**necessarily**
202:21 215:10
220:11
**necessary** 192:13
**necessity** 229:8
**need** 192:23
197:24,25,25
216:5 227:14
251:12,17
**never** 209:7,11
223:4,7,21 229:18
233:3 234:4,16,17
235:5
**new** 187:3 188:8
235:20 254:13
**newest** 205:25
**night** 254:12
**normally** 191:17
191:18
**north** 187:15
**notary** 187:21
**note** 221:9 227:23
230:10 244:16
**noted** 208:24
246:24
**notes** 257:7
**notice** 187:17

**noting** 207:16
**number** 189:23
205:15 210:13
247:22 248:11
249:11 254:4,6
**numbered** 238:4
**nurse** 252:12
253:13 254:6,9,21

**o**

**oath** 189:9
**object** 219:24
238:18
**objecting** 254:14
**objection** 190:19
194:9 195:4 198:3
204:23 205:6
206:14,22 208:9
209:5 212:4,14
215:19 217:14
218:5,25 220:9
221:9,22 227:11
227:23 228:17
229:15 230:10
233:20 240:18
241:14 242:20
243:25 250:5
**objectionable**
255:5
**obvious** 242:23
252:15
**obviously** 211:24
244:14 251:18
**occurred** 205:7
248:20
**october** 196:3,4
200:1
**offsite** 194:20
**oh** 232:5
**okay** 190:17,17
191:7,25 192:19
194:1,7 196:5,6
196:21 197:6
198:20,24 200:21
200:23 201:3

202:7,11 204:9,22
205:3,9,24 206:10
207:7,18 210:2,22
211:18,19 213:23
214:17 215:3
216:7,24 217:12
217:17 218:13
220:5 221:20
222:13,19 223:1
223:16 224:3,21
225:7,24 227:15
231:21 232:8
234:5 238:4 239:6
239:21 240:8,12
241:21 242:10,17
243:3,20 244:15
245:6,12 247:2,6
247:10 248:3,14
248:17 249:2,5,25
252:21 253:7
255:24
**oldest** 205:24
**olstein** 188:7
**once** 211:2 224:6
225:14 237:4
**ones** 207:15
**onsite** 194:20
**operating** 191:9
191:24 192:10
193:6,8,11,12
**operation** 249:19
**opinion** 203:17,21
210:6 216:18
224:14 225:7
229:8 230:24
231:14 236:20
239:14,15 244:8
244:16,16,19
**opinions** 236:17
236:24 253:23
**order** 192:20
212:23 213:25
214:3 229:1 233:5
254:12

**origin** 223:13,14
**original** 196:18
  197:13 205:23
  246:6
**originally** 199:6
  200:15 228:11
  246:25 248:23
**outlier** 222:4
**owned** 219:14

**p**

**p.m.** 187:14
  253:18 256:5,6
**page** 201:2,5
  202:19 210:13,23
  211:14 212:7
  216:16 217:2
  220:6 222:17
  242:4,17 247:7,7
  248:25 249:10,12
  250:1
**pages** 187:24
  211:4 247:21
  249:24
**paperwork**
  207:14
**pardon** 210:9
  221:14 231:3
**part** 192:4 193:9
  222:3 230:7
  254:24
**particular** 193:16
  201:18 202:14
  235:9 237:11
  239:1 240:3
**particularly**
  239:18
**parties** 257:10,10
**path** 195:19
  231:18
**patricia** 188:12
**patty** 253:16
**pcola** 208:7 211:7
**pcs** 210:15

**pensacola** 193:21
  204:2,4,5,11,19
  204:25 208:1
  212:17,24,25
  236:14 242:25
  243:8,10,12,15
  244:14,21
**people** 228:5,5
  238:12
**perfectly** 246:16
**perform** 216:2
**period** 202:11
**periods** 203:2
**permitted** 187:19
**person** 215:3,3,15
  215:16,17,25
  216:2
**personally** 197:2
  197:4
**phone** 188:13,13
  198:19
**php** 221:19
  231:25
**pick** 200:8
**picked** 239:2
**place** 187:15
  221:25 224:5
**placed** 252:18
**places** 195:9
**plaintiff** 187:5
  188:5
**please** 190:3
  197:16 198:5,7,19
  206:18 208:4
  211:3 226:5 231:7
  231:11 236:3
  242:4 244:2
  249:10,15 252:2
**plus** 192:9
**point** 190:21
  224:9 254:9
**pointed** 207:9
  216:16 220:6
**pointing** 232:3

**portion** 195:16
**portions** 210:5
**position** 215:13
**possession** 194:3
  195:3 243:11
**possibility** 205:5
**possible** 237:24
  244:22 245:2,5
**postdated** 207:11
**practitioner**
  254:23
**prejudicial** 255:9
**present** 188:10
  216:21
**presentations**
  219:6
**presented** 191:18
  214:13 226:8
  232:25 233:4
**pressure** 235:12
  254:8
**previous** 251:2
**previously** 228:23
**printout** 201:12
**prior** 227:17
  243:17
**probably** 194:19
  203:10 213:21
  255:19
**probative** 255:10
**problems** 251:3
**procedure** 187:20
**proceeding**
  254:21,21
**process** 192:4
  205:20,21 206:3
  212:17 226:6
  233:2,3 237:2
  250:17
**produce** 244:19
**produced** 195:25
  203:6,14
**producing** 244:24
**program** 220:23

**programmers**
  242:15
**programs** 222:4
**proper** 193:19
  194:23 229:1
  253:4
**proposition**
  255:20
**protective** 213:25
  214:3
**provide** 210:6
  214:1 235:4 245:3
  246:21 250:23,24
**provided** 191:6
  195:8,10 196:9,10
  197:10,11 199:9,9
  205:1,21 208:2
  211:7,25 213:12
  213:19,23 222:11
  223:4,19 226:20
  227:1 233:19
  234:12,17 235:5,6
  236:12,15 240:21
  241:18 242:24
  244:4,5 245:8,8
  247:12 248:14
  250:7 253:3
**provides** 191:16
**providing** 224:8,8
  233:25 246:22
  248:7 255:17
**public** 187:21
**purple** 196:12,14
  196:17 197:11,12
  197:18 199:10
  200:13 245:10,24
**purposes** 187:17
  187:18 224:16
  245:4
**pursuant** 187:17
**put** 214:25 234:11
  234:12
**putting** 254:7,19

[question - right]                                                                   Page 11

**q**

**question**  194:10
  199:5 200:2,19
  207:5 208:4,10
  209:2,6,17 211:3
  212:5 215:20
  218:6 219:15,25
  221:10 223:11
  226:2 230:22
  231:11 233:21
  238:19 241:15,24
  242:21 244:1,1,2
  252:9,11,22,23
**questions**  213:13
  229:10 234:16,18
**quite**  192:16,17

**r**

**ran**  221:24
**randomly**  201:1
**rasco**  188:2,2,17
  189:6,23 190:1,23
  195:1,7 198:4,11
  198:18,21,23
  205:2,8 206:16,24
  208:13 209:8,16
  211:5 212:6,19
  215:23 216:7,14
  217:2,4,9,16
  218:9 219:1 220:4
  221:11 222:5
  226:4 227:6,13
  228:1,19 229:16
  230:5,12 231:8
  234:2 236:2
  237:13 238:20
  240:24 241:16
  243:2 244:3
  247:18,19 248:15
  250:6 251:17,22
  252:1,5,7,8,20
  253:6,11,19
  254:18,24 255:13
  255:24 256:2

**rational**  212:12
  212:15
**raw**  191:18
**reach**  224:3
**read**  190:18
  191:17 194:11
  200:6
**realized**  232:7
**really**  191:15
  214:5 236:17
  246:15 247:13
**reasonable**
  204:20 230:24
  231:14
**rebuttal**  239:1,17
**recall**  206:13,15
  206:17 249:6
**received**  200:1,13
  208:17,20 209:24
  213:8 246:25
**recess**  216:10
  235:23
**recollection**
  189:20
**recommendation**
  254:22
**record**  189:4
  198:11,13,21
  216:9,13 217:1
  235:17,22 236:1
  251:24 253:19,20
  254:2 255:18
  257:7
**recorded**  249:20
**recover**  192:7
**refer**  192:6
  211:13
**reference**  231:6
  236:19
**references**
  202:10
**referred**  201:15
**referring**  192:7
  209:13 249:23

**reflect**  198:21
  254:2
**refresh**  189:20
**regard**  255:16
**regarding**  203:18
  210:7 234:19
  236:18 241:23
  244:11
**related**  220:8
**relative**  257:9,10
**reliable**  192:23
**relied**  219:23
  220:1
**rely**  191:8,9
**remember**  189:17
  190:11,13,14
  206:10 207:12
  220:20 234:19
  235:2
**remembering**
  190:12
**remote**  194:15
**remotely**  194:6,8
**repeat**  226:5
**rephrase**  192:18
**report**  193:9
  206:19 209:12
  238:25 239:1,16
  239:18,19 257:6
**reporter's**  188:18
  257:1
**represent**  214:16
**representation**
  233:24
**represented**
  197:3 199:25
  207:25 234:22
**representing**
  233:22
**represents**
  201:11 231:1,15
  234:25
**request**  251:7
**requested**  196:8
  234:10 245:7

**257:7**
**required**  193:20
**research**  203:1
**resolve**  213:13
**respond**  254:18
**response**  194:15
**responsible**  221:8
**result**  224:4
  225:24 253:9
**retrieved**  215:4
**retrieving**  191:23
**review**  195:11,16
  196:2,7,10,11
  199:12,14,17,19
  199:22,22 202:17
  204:15 209:4
  214:11 219:21
  220:5 223:20
  225:21 227:19
  230:9 234:7 245:7
  247:1 248:4,18
  257:6
**reviewed**  196:18
  196:19 197:6,9,17
  199:1,23 208:6
  236:11 255:4
**reviewing**  199:4
  209:24 214:4
**right**  190:24
  191:13 192:22
  193:18 195:14
  196:21 197:16
  198:9,21 199:24
  200:25 201:14
  202:20 203:12,15
  206:8 207:24
  208:14 210:2,4,12
  210:16 211:9,15
  211:17 213:4
  214:14 215:24
  216:4 217:19
  219:12,15 224:23
  224:25 225:3
  226:18 227:7
  232:7 233:15,17

234:5 235:15
236:3 237:14
238:7,13 239:13
240:12 241:21,22
248:1 250:2,18
251:7 254:18,24
256:2,4
**risk** 254:20
**rmr** 187:21 257:5
257:16
**road** 188:7
**room** 228:6
**roseland** 188:8
**rosenthal** 188:2,2
**routine** 213:25
221:12,15 222:6,9
225:19 226:16
227:9,17,20 228:3
228:4,4,14 229:3
229:6,10 230:15
232:15,19 237:18
237:22 238:8,12
238:14 239:7,24
240:16 241:18
242:16
**rrrklaw.com**
188:5
**rules** 187:19
**run** 192:2 204:7
217:23 242:8,24
244:9,24 247:9,12
253:23
**running** 204:10
204:25

**s**

**sarasota** 187:16
257:4
**saw** 213:13
254:12 255:7
**saying** 192:16
208:12 217:22
220:18 222:8
224:17,18,21,22
225:18,20,20

227:12 239:23
240:19,22,23
241:1 251:21
253:8
**says** 201:8 210:15
210:18
**scan** 221:24
**scientific** 204:20
230:25 231:15
**screen** 207:16,17
**searched** 241:20
**second** 196:7,24
197:7 199:19
204:9 211:3 217:4
237:16 245:6
252:22
**seconds** 253:1
**see** 197:2 199:11
207:15 210:20,23
211:19 222:21,23
226:25 229:24
231:18,19,19,23
232:5 234:24
238:16 240:1
247:7,16 250:19
**seeing** 212:7
219:17,18 253:9
**seen** 207:22
**selected** 214:12
**send** 194:22
**sense** 220:14
**separate** 250:20
**separated** 204:1
204:3,8
**separately**
197:13
**sequence** 253:4
**sequential**
249:18
**served** 189:13
**server** 191:3
192:24 193:21
194:1,6,7,14,16
194:24,25 195:2,6
204:11,19,25

208:2,8,17,21,24
211:8,8 212:17,24
212:25 213:2,9,12
225:5 229:23
230:4,21 233:8
243:5,7,7,9,10,13
243:15,23 244:14
244:21 245:1
**servers** 213:20
226:7 244:5
245:19
**set** 196:18,19
197:8,9,13,14,14
199:9 201:21
202:4,5,14,15
207:14 209:24
224:5,6 236:12,16
240:21 255:1
**sets** 196:3 197:4,6
**shots** 207:16,17
**show** 207:1
209:12 221:23
222:13 224:7
237:3,4,14,14
249:10
**shown** 226:15
**shows** 221:25
224:5,6 225:13,21
232:23 237:4
**significance**
202:17 203:4,20
215:2 223:22,24
242:19 244:7
246:23,24
**significant**
205:15 246:16,19
247:22 248:11
**significantly**
229:7
**similar** 227:21,24
228:4,7
**simple** 228:3,4
236:25
**single** 239:7,8

**sir** 209:22 216:5
216:15 218:13
236:3 251:12
**site** 194:17,22
**six** 211:15 228:5,5
228:6
**skill** 255:1
**skills** 213:16
**software** 191:14
191:15 192:5,10
192:14 194:23
197:19 199:4,13
206:8 208:20
218:4,7,8,10,11
219:14 224:8
**somebody** 193:10
193:10,11 194:16
226:15 243:21
250:16
**someplace**
203:13 223:17
**sorry** 198:20
209:3 241:24
**sort** 192:1,4
**source** 189:14,14
191:1 197:17
198:5 201:12
207:9 214:4
217:15,23,24
219:17 220:2,3
224:8,11 225:20
226:8,10,20,21
228:5 231:19,21
233:22 234:7,24
235:4 236:11
240:21 241:18
244:20 253:2
**sources** 215:1
226:7
**southern** 187:1
**speaking** 236:6
**specific** 242:14
**specifically**
219:12 249:22

**speculate** 213:18
 214:6
**speculated**
 214:20
**speculation**
 255:6
**standalone** 222:4
**stands** 217:5
**start** 201:7
 210:13 247:15
 249:10
**started** 242:9
**state** 187:21
 257:3
**stated** 214:22
 223:21 228:23
 234:4
**statement** 189:15
 195:17 197:1
 203:25 214:14
 215:15 216:19
 218:2 230:19
 243:25 254:16
 255:21
**statements**
 215:25 216:1
 241:7
**states** 187:1
**stay** 253:19,20
**stenographic**
 257:7
**stenographically**
 257:6
**stickies** 198:16
**stipulated** 213:24
**stop** 204:9 252:4
 252:7,10 254:3
**store** 212:23
 223:18
**story** 213:11
**stricken** 255:11
**string** 212:21
**structure** 212:25
 213:1

**subdirectories**
 237:10,10
**subdirectory**
 222:23 224:1
**subject** 191:4,23
**suggesting**
 193:19 224:15
**suite** 188:3
**supposed** 193:1
 216:22 250:10
 254:11
**supposedly** 197:9
 204:10 208:18
**supposition**
 233:23 255:20
**sure** 217:18
**suzette** 236:15
 239:3
**system** 191:10,24
 193:6,8,11,12
**systems** 190:6
 192:10

**t**

**tabs** 198:15
**take** 191:2,5
 193:24 196:21
 198:16 210:4
 211:12 216:7
 223:18 230:21
 247:14 253:24
 255:22
**taken** 214:20
 216:10 235:23
 245:19
**talking** 208:11
 209:21 211:16
 217:2 218:7,10
 228:15 232:1
 237:6 248:2 251:4
**tape** 216:6 251:13
**task** 220:23
**technologies**
 187:7

**tell** 189:19 190:3
 197:16,19,25
 198:5 200:5,21
 201:17 203:23
 204:17 205:19,20
 205:24 206:11,18
 208:5 210:5,10,12
 212:10 213:5,15
 213:17 214:5,8
 215:5,7 216:24
 218:23 225:8
 231:21 234:5
 236:3 237:2
 238:22 241:22
 242:17 244:10,11
 246:2,2 249:7,15
 249:22 250:16
 251:7,23 252:2,6
 253:5
**telling** 226:19
 234:13 243:13,15
 246:4,8
**tells** 202:25
**terms** 231:4
**test** 255:5
**testify** 203:19
 210:7,10 235:9
 236:4 241:23
 248:20,24
**testifying** 211:14
 222:16 253:22
 255:6
**testimony** 203:17
 203:24 210:6
 222:14 243:1
 255:4,9
**thank** 198:10,17
 217:6 246:13
 251:11
**thanks** 253:16
**theories** 254:13
**thing** 235:14
**things** 194:14
 195:22 207:16
 227:24 233:13

**think** 190:5 198:2
 207:4,5 220:13
 228:25 236:22
**thinking** 235:13
**thinks** 254:9
 255:7
**thought** 207:10
 235:3
**thousand** 206:8,9
**three** 189:13
 190:3
**thumb** 196:12,15
 196:17 197:11,12
 197:15,18 198:6
 236:13 245:10
**time** 187:14 189:3
 193:16,23 194:3
 196:14 197:7
 198:16 199:20
 202:4,11 203:2
 206:9 224:9
 229:11 230:21
 231:7 232:9
 235:21 242:10,14
 248:14 251:10,14
 253:17,23 254:14
**times** 193:3
 212:17 224:24
 225:1 249:17,18
**today** 189:2
 204:17
**told** 200:22
 201:11 213:7
 216:15 217:11
 221:3,4,5 230:16
 230:17 232:10,11
 232:11 234:13
 235:1,3 243:13
**tool** 192:2
**tools** 191:19
 192:5
**top** 190:15,15
 197:23 205:13
**totality** 202:5
 237:3

**[totally - way]**                                                                 Page 14

**totally** 238:15
**totals** 191:20
**touched** 229:5
**training** 213:16
**transcript** 257:7
  257:7
**travel** 194:21
**trial** 187:18
**tried** 212:16
**trigger** 233:2
**troublefield**
  188:6 189:24,25
  190:19 194:9
  195:4 196:8 198:3
  204:23 205:6
  206:14,22 208:9
  209:5,10 211:1
  212:4,14 215:19
  217:1,3,6,14
  218:5,25 219:22
  219:24 220:9
  221:9,22 226:3,24
  227:11,23 228:17
  229:15,20 230:10
  231:7 233:20
  235:10,15,18
  237:8 238:18
  240:18 241:14
  242:20 243:25
  247:17 248:12
  250:5 251:10,14
  251:16,20,25
  252:4,7,10,25
  253:10,13 254:3,4
  254:19 255:12,15
  256:1,3
**true** 216:19 219:4
  222:24 228:13,20
  231:13 234:21
  243:16 257:7
**try** 192:25 203:1
  254:13
**trying** 220:20
  249:6

**twenty** 205:14
  211:15
**two** 190:8,15
  206:8,9 218:14,15
  219:16 227:24
  254:6

**u**

**uh** 210:19 211:21
**unable** 206:20
  207:2
**underlying**
  231:23 237:21
**underneath**
  232:4
**understand** 189:9
  215:12,12 219:6,9
  226:23 234:8,20
  234:23 245:6
  251:4,10 253:24
**understanding**
  205:9 228:12
  239:8
**understood** 195:5
  199:21 250:9
**unfamiliar** 255:3
**unfettered**
  213:19,23 214:1
**united** 187:1
**unknown** 226:7,7
**unravel** 213:22
**unreliable** 255:10
**usb** 199:10 200:13
  200:18 203:5
  245:24 246:3,3
**use** 187:18 191:13
  192:2,5 198:8
  222:3 226:21
  227:9 250:19
**useful** 230:13
**user** 212:2,20,21
  213:9 217:19
  219:10
**users** 201:9

**uses** 222:3 227:12
  227:16 228:13
**usually** 223:17
  250:24
**utilize** 203:23
  222:9
**utilized** 202:12

**v**

**vague** 209:14
  220:12
**valid** 218:2
  246:17
**validated** 192:14
**validation** 192:2
**validity** 191:11
  193:2,14
**value** 192:1,3
**values** 191:22
**various** 204:2
  212:17 215:1
  224:24 249:8
  251:1
**vault** 251:1
**vaulted** 251:5
**verifiable** 192:14
**verify** 205:22
  226:19 244:20
**version** 201:14,18
  201:19,20 202:7
  202:10,19,20
  204:3,4,4,5,5,10
  204:17 205:17,23
  205:23,25,25
  206:4,5,5,5,6
  220:7 233:23
  239:7 244:5 253:3
  253:4
**versioning**
  202:10 205:20,21
  206:3 236:7,8
  237:2 250:16
**versions** 196:8
  197:20 198:25
  199:2 202:18,21

**202:23,24 203:1**
  204:1,2,7,25
  205:11,12,14,15
  221:24 222:1
  224:7,11 225:14
  227:1,2,3 232:25
  234:15 237:5
  239:25 240:2,16
  241:10,18 250:12
  250:12,14,18,24
  251:1,2,5
**versus** 200:14
  219:14
**videographer**
  188:14 189:1
  216:5,8,12 235:17
  235:21,25 251:12
  253:17 256:4
**videotaped**
  187:11
**view** 190:21
**viewed** 197:11
**volume** 187:23
**voye** 188:14
**vs** 187:6

**w**

**wait** 218:17
**waldhalm** 188:12
  196:1 197:2,10
  199:22 206:17,20
  220:1
**want** 194:21
  200:6 201:1
  227:16 232:19
  235:11 236:17
  252:8 254:2
**wanted** 199:11
  200:16 240:12
**washington**
  187:15
**way** 193:19 198:8
  200:25 203:16,19
  204:11 205:1
  214:4,24 230:20

**[way - zone]**

232:21
**ways** 228:9
**we've** 234:24
  236:22
**web** 221:17
**welcome** 246:14
**went** 201:1
  208:20 213:8
  233:13
**whoa** 232:2,2,2
**wikimedia** 220:14
  220:17
**wiped** 193:10,11
**witness** 198:11
  198:13,15,22
  214:19 221:10
  235:19 251:18
  253:16,22 254:7
  254:20 255:16,20
**words** 192:17
  193:24 202:23
  237:22 247:13
**write** 228:6,8

**x**

**x** 222:8
**xtec** 187:3 194:12
  195:3 200:9 202:9
  204:18 207:19,20
  207:25 208:12,15
  208:17,20,25
  209:3 210:25
  211:23,24,25
  212:3,10,11,16,20
  212:21,23 213:1,7
  216:17 221:20
  222:2,22 223:2,3
  223:4,7,8,19
  224:8,15,15,22
  225:10,11,16,21
  226:6,8,10,11,13
  226:17 228:13
  229:2,4,13,21
  230:2,15 231:10
  232:15,17,18,25

233:16,17,19,25
233:25 237:19
238:9,11 239:3,17
239:20,24 240:16
240:22 241:3
243:6,7,12,21
244:19 245:2,12
245:23 246:7
248:7 251:6 253:4
**xtec's** 194:3
  209:21 225:18
  227:8,16 229:6
  238:7 240:4
  243:11 244:5
  245:19
**xtecuser** 201:9

**y**

**yeah** 203:8
  235:13 247:18
**yellow** 198:15,16
**yesterday** 189:12
  189:17 211:14
  254:5

**z**

**zone** 242:11,14

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2014. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.